# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading LTD., *et al.*,[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>                        Plaintiffs,<br><br>                        -against-<br><br>PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG, and BRANDON WILLIAMS,<br><br>                        Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## STIPULATION REGARDING EXTENSION OF DEFENDANTS' RESPONSE DEADLINE

This *Stipulation Regarding Extension of Defendants' Response Deadline* (this "**Stipulation**") is made as of August 9, 2023, by and among, FTX Trading Ltd. ("**FTX**") and Maclaurin Investments Ltd. ("**MacLaurin**," and with FTX, "**Plaintiffs**"), on the one hand, and Patrick Gruhn ("**PG**"), Robin Matzke ("**RM**"), Lorem Ipsum UG ("**LIUG**"), and Brandon Williams ("**BW**," and with PG, RM, and LIUG, "**Defendants**"), on the other hand.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0071961.}

## RECITALS

**WHEREAS**, on July 12, 2023, Plaintiffs filed the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 547, 548, and 550, Breach of Fiduciary Duty Pursuant to Antiguan Common Law and the Antigua International Business Corporations Act, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502(D)* ("**Complaint**") in the above-captioned adversary proceeding against the Defendants.

**WHEREAS**, Plaintiffs served the Complaint on PG and BW by first-class mail dated July 13, 2023.

**WHEREAS**, pursuant to rule 7015(a)(3) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), the deadline for the served Defendants to answer, move, or otherwise respond to the Complaint is August 14, 2023 ("**Response Deadline**").

**WHEREAS**, the Plaintiffs and the Defendants (each a "**Party**" and collectively, "**Parties**") are negotiating a case management plan and scheduling order ("**Case Management Plan**") that will include a response deadline for all defendants and a waiver of service of process (while preserving any jurisdictional defenses) by the non-served defendants.

**WHEREAS**, Plaintiffs have consented to the served Defendants' request for an extension in the interim, as set forth herein, such that the Response Deadline shall be extended to and including September 11, 2023.

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## **STIPULATION**

1. The Parties agree that notwithstanding anything to the contrary in the Bankruptcy Rules, the Response Deadline is hereby extended to and including September 11, 2023, which may be further extended by order of the Bankruptcy Court.

2. The Parties agree to submit a proposed Case Management Plan to the Bankruptcy Court, whether jointly or with alternative contested provisions, by August 24, 2023.

3. The Bankruptcy Court has and retains jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

4. Nothing herein shall be a waiver of any jurisdictional defenses by any Defendants.

[*Signature Pages Immediately Follow*]

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |

By:/s/ *Matthew B. McGuire*  
    Adam G. Landis (No. 3407)  
    Matthew B. McGuire (No. 4366)  
    Kimberly A. Brown (No. 5138)  
    Matthew R. Pierce (No. 5946)  
    919 Market Street, Suite 1800  
    Wilmington, Delaware 19801  
    Telephone: (302) 467-4400  
    Facsimile: (302) 467-4450  
    E-mail: landis@lrclaw.com  
           mcguire@lrclaw.com  
           brown@lrclaw.com  
           pierce@lrclaw.com

    -and-

**SULLIVAN & CROMWELL LLP**  
Steven L. Holley (admitted *pro hac vice*)  
Stephen Ehrenberg (admitted *pro hac vice*)  
Brian D. Glueckstein (admitted *pro hac vice*)  
Christopher J. Dunne (admitted *pro hac vice*)  
125 Broad Street  
New York, New York 10004  
Telephone: (212) 558-4000  
Facsimile: (212) 558-3588  
E-mail: holleys@sullcrom.com  
        ehrenbergs@sullcrom.com  
        gluecksteinb@sullcrom.com  
        dunnec@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

By: /s/ *Laura Davis Jones*  
    Laura Davis Jones (Bar No. 2436)  
    919 N. Market Street, 17th Floor  
    P.O. Box 8705  
    Wilmington, DE 19899-8705 (Courier 19801)  
    Telephone: (302) 652-4100  
    Facsimile: (302) 652-4400  
    E-mail: ljones@pszjlaw.com

    -and-

**MORRISON COHEN LLP**

By: /s/ *Heath D. Rosenblat*  
    Heath D. Rosenblat (pro hac vice to be filed)  
    Joseph T. Moldovan (pro hac vice to be filed)  
    Jason P. Gottlieb (pro hac vice to be filed)  
    909 Third Avenue, 27th Floor  
    New York, New York 10022  
    Telephone: (212) 735-8600  
    Facsimile: (212) 735-8708  
    E-mail: hrosenblat@morrisoncohen.com  
           jmoldovan@morrsioncohen.com  
           jgottlieb@morrisoncohen.com

*Co-Counsel for Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke*

| | |
|---|---|
| **GEBHARDT & SMITH LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |

By: */s/ Lawrence J. Gebhardt*
    Lawrence J. Gebhardt (*pro hac vice* to be filed)
    Gregory L. Arbogast (No. 6255)
    1000 N. West Street, Suite 1200
    Wilmington, Delaware 19801
    Telephone: (410) 385-5112
    Facsimile: (443) 957-4324
    E-mail: lgebh@gebsmith.com
           garbogast@gebsmith.com

*Counsel for Brandon Williams*

By: */s/ Laura Davis Jones*
    Laura Davis Jones (Bar No. 2436)
    919 N. Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    E-mail: ljones@pszjlaw.com

    -and-

**THE DALEY LAW FIRM**

By: */s/ Darrell M. Daley*
    Darrell M. Daley (*pro hac vice* to be filed)
    Samantha Neal (*pro hac vice* to be filed)
    4845 Pearl East Circle, Suite 101
    Boulder, Colorado 80301
    Telephone: (303) 479-3500
    E-mail: darrell@daleylawyers.com
           samantha@daleylawyers.com

*Co-Counsel for Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke*