# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG, and BRANDON WILLIAMS, | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of Brandon Williams, a defendant in the above-captioned adversary proceeding.

Dated: August 16, 2023

*/s/ Gregory L. Arbogast*
Gregory L. Arbogast (Bar No. 6255)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
Telephone: (302) 295-5038
Email: garbogast@gebsmith.com
*Counsel for Brandon Williams*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2023, a copy of the foregoing Notice of Entry of Appearance was served on the following parties via CM/ECF:

- Adam G. Landis, Esq.
- Matthew B. McGuire, Esq.
- Kimberly A. Brown, Esq.
- Matthew R. Pierce, Esq.
- Steven L. Holley, Esq.
- Stephen Ehrenberg, Esq.
- Brian D. Glueckstein, Esq.
- Christopher J. Dunne, Esq.
- Heath D. Rosenblat, Esq.
- Joseph T. Moldovan, Esq.
- Jason P. Gottlieb, Esq.
- Darrell M. Daley, Esq.
- Samantha Neal, Esq.

*/s/ Gregory L. Arbogast*
Gregory L. Arbogast