## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., |  |
| Plaintiffs, | Adv. Pro. No. 23-50145 (JTD) |
| -against- |  |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20, |  |
| Defendants. |  |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, |  |
| Counterclaim Plaintiffs, |  |
| -against- |  |
| ALAMEDA RESEARCH LLC., *et al.,* |  |
| Counterclaim Defendants. |  |

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| - against - | |
| SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG, | Adv. Pro. No. 23-50381 (JTD) |
| Defendants. | |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| - against - | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | Adv. Pro. No. 23-50437 (JTD) |
| Defendants. | |
| ALAMEDA RESEARCH LTD. AND CLIFTON BAY INVESTMENTS LLC F/K/A ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | |
| - against - | |
| MICHAEL KIVES, BRYAN BAUM, K5 GLOBAL HOLDINGS LLC, K5 GLOBAL TECHNOLOGY LLC, MBK CAPITAL LP SERIES T, K5 GROWTH CO-INVEST I GP LLC, K5 GLOBAL GROWTH FUND I GP LLC, K5 GLOBAL VENTURES LLC, MOUNT OLYMPUS CAPITAL LP, MOUNT OLYMPUS CAPITAL LLC, K5 GLOBAL GROWTH FUND II LP, K5 GLOBAL GROWTH FUND II GP LLC, K5X FUND I LP, K5X FUND I LLC, AND SGN ALBANY LLC, | Adv. Pro. No. 23-50411 (JTD) |
| Defendants. | |

FTX TRADING LTD., ALAMEDA
RESEARCH LLC, ALAMEDA RESEARCH
LTD., NORTH DIMENSION INC.,
COTTONWOOD GROVE LTD. and WEST
REALM SHIRES, INC.,

              Plaintiffs,

       -against-

SAMUEL BANKMAN-FRIED, ZIXIAO
"GARY" WANG, NISHAD SINGH and
CAROLINE ELLISON,

              Defendants.

Adv. Pro. No. 23-50448 (JTD)

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
SEPTEMBER 13, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T.
DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
<u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW
BY SEPTEMBER 13, 2023 AT 11:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-2oqD0oGY97S7wprSg6YJhguN2f3DA

**After registering your appearance by Zoom, you will receive a confirmation
email containing information about joining the hearing.**

Topic:  FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When:  September 13, 2023 at 1:00 p.m. (ET)

**<u>YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
OR YOU WILL NOT BE ALLOWED INTO THE MEETING.</u>**

**ADJOURNED MATTERS:**

1.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Samuel Bankman-Fried, et al.*, Adv. No. 23-50381 (JTD) – Adv. D.I. 3, filed on May 24, 2023]

    Status: This matter is adjourned to a date to be determined.

2.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. FTX Digital Markets Ltd. et al.*, Adv. No. 23-50145 (JTD) – Adv. D.I. 35, filed on July 27, 2023]

    Status: This matter is adjourned to a date to be determined.

3.  Motion of 101 Second Street, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 503 (b)(a), and 507(a) [D.I. 1802, filed June 29, 2023]

    Status: This matter is adjourned to the hearing scheduled for October 4, 2023 at 1:00 p.m. (ET).

4.  [SEALED] Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

    Status: This matter is adjourned to the hearing scheduled for October 4, 2023 at 1:00 p.m. (ET).

5.  Motion of Debtors to Enter Into, and Perform Their Obligations Under, the Reimbursement Agreements [D.I. 2238, filed on August 23, 2023]

    Status:  This matter is adjourned to the hearing scheduled for October 4, 2023 at 1:00 p.m. (ET).

**RESOLVED MATTERS:**

6.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. and Maclaurin Investments Ltd. v. Lorem Ipsum UG, et al.*, Adv. No. 23-50437 (JTD) – Adv. D.I. 3, filed on July 18, 2023]

    Status: On August 23, 2023, the Court approved the Case Management Plan and Scheduling Order.  Accordingly, a hearing on this matter is no longer required.

7.  Summons and Notice of Pretrial Conference in an Adversary Proceeding *[Alameda Research Ltd et. al. v. Kives et. al.* Adv No. 23-50411 (JTD) – Adv. D.I. 5, filed on July 26, 2023]

Status: On August 31, 2023, the Court approved the Case Management Plan and Scheduling Order. Accordingly, a hearing on this matter is no longer required.

8.    Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 2270, filed on August 30, 2023]

Status: A certification of counsel has been filed and an order has been uploaded in accordance with the Court's procedures. Accordingly, a hearing on this matter is no longer required, unless the Court has any questions.

9.    Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into Settlement Agreement with the Genesis Entities, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 2190, filed on August 16, 2023]

Status: On September 6, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

10.   First Interim Fee Application of Morgan, Lewis & Bockius LLP as Counsel to Emergent Fidelity Technologies Ltd for the Period of February 3, 2023 Through July 31, 2023 [D.I. 2180, filed on August 15, 2023]

Status: The Emergent Debtor is not subject to the interim compensation order at D.I. 435 or the fee examiner order at D.I. 834 and will submit an order under certification of counsel seeking approval of the fee application of Morgan, Lewis & Bockius LLP prior to the hearing. Accordingly, a hearing regarding this matter is not required, unless the Court has any questions.

11.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et. al. v. Samuel Bankman-Fried et. al.* Adv No. 23-50448 (JTD) – Adv. D.I. 3, filed on July 25, 2023]

Related Documents:

A.    Stipulation for an Extension of Time for Defendants to Respond to Complaint [Adv. D.I. 4, filed on August 18, 2023]

Status: The Parties have agreed to a case management plan and scheduling order that the Debtors intend to file under certification of counsel prior to the hearing.

**MATTERS GOING FORWARD:**

12.   Debtors' Motion for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) the Sale or Transfer of Such Digital Assets in Accordance with Such Guidelines Free and Clear of Any Liens, Claims, Interests and Encumbrances, (III) the Debtors' Entry into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense

Claims in Connection Therewith and (IV) the Debtors to Stake Certain Digital Assets [D.I. 2239, filed on August 23, 2023]

<u>Response Deadline</u>: September 6, 2023 at 4:00 p.m. (ET); extended for the Office of the United States Trustee to September 7, 2023 at 4:00 p.m. (ET) and September 11, 2023 for the Committee.

<u>Responses Received</u>:

A.  Reservation of Rights of the U.S. Securities and Exchange Commission to (A) Debtors' Motion for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) the Sale or Transfer of Such Digital Assets in Accordance With Such Guidelines Free and Clear of any Liens, Claims, Interests and Encumbrances, (III) the Debtors Entry into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense Claims in Connection Therewith and (IV) the Debtors to Stake Certain Digital Assets; and (B) Debtors Motion for an Order Authorizing FTX Trading Ltd. to Enter into, and Perform its Obligations Under, the Investment Services Agreement [D.I. 2438, filed on September 6, 2023]

B.  United States Trustee's Objection to Debtors' Motion for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) the Sale or Transfer of Such Digital Assets in Accordance with Such Guidelines Free and Clear of Any Liens, Claims, Interests and Encumbrances, (III) the Debtors' Entry into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense Claims in Connection Therewith and (IV) the Debtors to Stake Certain Digital Assets [D.I. 2452, filed on September 7, 2023]

<u>Related Documents</u>:

A.  Debtors' Reply in Support of Motion of Debtors for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) the Sale or Transfer of Such Digital Assets in Accordance with Such Guidelines Free and Clear of Any Liens, Claims, Interests and Encumbrances, (III) the Debtors' Entry into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense Claims in Connection Therewith and (IV) the Debtors to Stake Certain Digital Assets [D.I. 2458, filed on September 10, 2023]

<u>Status</u>: This matter is going forward.

13.  Debtors' Motion for an Order Authorizing FTX Trading Ltd. to Enter Into, and Perform Its Obligations Under, the Investment Advisor Agreement [D.I. 2240, filed on August 24, 2023]

Response Deadline: September 6, 2023 at 4:00 p.m. (ET); extended for the Office of United States Trustee to September 8, 2023 at 4:00 p.m. (ET) and September 11, 2023 for the Committee.

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Reservation of Rights of the U.S. Securities and Exchange Commission to (A) Debtors' Motion for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) the Sale or Transfer of Such Digital Assets in Accordance With Such Guidelines Free and Clear of any Liens, Claims, Interests and Encumbrances, (III) the Debtors Entry into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense Claims in Connection Therewith and (IV) the Debtors to Stake Certain Digital Assets; and (B) Debtors Motion for an Order Authorizing FTX Trading Ltd. to Enter into, and Perform its Obligations Under, the Investment Services Agreement [D.I. 2438, filed on September 6, 2023]

Related Documents: None.

Status: This matter is going forward.

14.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. et al v. Platform Life Sciences Inc. et. al.* Adv. No. 23-50444 (JTD) – Adv. D.I. 3 & 4, filed on July 21, 2023 & August 2, 2023]

Related Documents:

A.      Stipulation for an Extension of Time for Defendants to Respond to Complaint [D.I. 15, filed on August 17, 2023]

B.      Notice of Proposed Case Management Plan and Scheduling Order [Adv. D.I. 28, filed on September 10, 2023]

Status: This matter is going forward.

**INTERIM FEE APPLICATIONS**:

15.     Interim Fee Applications.  *See* **Exhibit A** attached hereto.

Response Deadline: July 5, 2023 at 4:00 p.m. (ET)

<u>Status:</u> The Debtors have submitted an omnibus order with respect to the Interim Fee Applications at D.I. 1642, 1644, 1645, 1647, 1648 & 1649 under Certification of Counsel.  The parties have agreed to defer the Fee Applications at D.I. 1646 & 1654 (items 4 & 11 in Exhibit A) while they continue their discussions with the Fee Examiner and/or the Office of the United States Trustee.

Dated: September 11, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*