IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 27, 2023, a true and correct copy of *Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)* was caused to be served upon the following counsels via Electronic Mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072732.}

| | |
|---|---|
| Lawrence J. Gebhardt<br>**Gebhardt & Smith LLP**<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Email: lgebh@gebsmith.com | Jason P. Gottlieb<br>**Morrison Cohen LLP**<br>909 Third Avenue, 27th Floor<br>New York, New York 10022<br>Email: jgottlieb@morrisoncohen.com |
| Gregory L. Arbogast<br>**Gebhardt & Smith LLP**<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Email: garbogast@gebsmith.com | Michael Mix<br>**Morrison Cohen LLP**<br>909 Third Avenue, 27th Floor<br>New York, New York 10022<br>Email: mmix@morrisoncohen.com |
| Elizabeth D. Peters<br>**Gebhardt & Smith LLP**<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Email: epeters@gebsmith.com | Darrell M. Daley<br>**The Daley Law Firm**<br>4845 Pearl East Circle, Suite 101<br>Boulder, Colorado 80301<br>Email: darrell@daleylawyers.com |
| Samantha Neal<br>**The Daley Law Firm**<br>4845 Pearl East Circle, Suite 101<br>Boulder, Colorado 80301<br>Email: samantha@daleylawyers.com | Joseph T. Moldovan<br>**Morrison Cohen LLP**<br>909 Third Avenue, 27th Floor<br>New York, New York 10022<br>Email: jmoldovan@morrisoncohen.com |

Dated: September 29, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*