IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 13, 2023, a true and correct copy of *The Debtors' First Request for Production of Documents to Defendant Brandon Williams* was caused to be served upon the following counsel via Electronic Mail and/or First-Class Mail:

<u>***Via E-Mail and First-Class Mail***</u>
Lawrence J. Gebhardt
Gregory L. Arbogast
**GEBHARDT & SMITH LLP**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
E-mail:  lgebh@gebsmith.com
garbogast@gebsmith.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072990.}

| | |
|---|---|
| Dated:  October 17, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |