# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 13, 2023, a true and correct copy of *The Debtors' First Request for Production of Documents to Defendants Robin Matzke and Lorem Ipsum UG* was caused to be served upon the following counsel via Electronic Mail and/or First-Class Mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072994.}

<table>
<tr><td>

*Via E-Mail and First-Class Mail*
Laura Davis Jones
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
E-mail: ljones@pszjlaw.com

</td><td>

*Via E-Mail*
Heath D. Rosenblat
Joseph T. Moldovan
Jason P. Gottlieb
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, NY 10022
E-mail: hrosenblat@morrisoncohen.com
jmoldovan@morrsioncohen.com

</td></tr>
</table>

*Via E-Mail*
Darrell M. Daley
Samantha Neal
**THE DALEY LAW FIRM**
4845 Pearl East Circle, Suite 101
Boulder, CO 80301
E-mail:  darrell@daleylawyers.com
samantha@daleylawyers.com

Dated:  October 17, 2023
            Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*