# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE IN ADVERSARY PROCEEEDING
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morrison Cohen LLP ("MC"), The Daley Law Firm ("Daley"), and Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware appear in this adversary proceeding for the above-captioned defendants Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke (the "Defendants"). MC, Daley, and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

PSZ&J request that all notices given or required to be given in this adversary proceeding, all pleadings and other papers served, or required to be served, in this adversary proceeding, be given to and served upon the following:

| | |
|---|---|
| THE DALEY LAW FIRM<br>Darrell Daley<br>Samantha Neal<br>4845 Pearl East Circle, Suite 101<br>Boulder, Colorado 80301<br>Telephone: (303) 479-3500<br>Email:  Darrell@daleylawyers.com<br>            Samantha@daleylawyers.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>MORRISON COHEN LLP<br>Joseph T. Moldovan<br>Heath D. Rosenblat<br>Jason P. Gottlieb<br>Michael Mix<br>909 Third Avenue, 27th Floor<br>New York, New York 10022<br>Telephone: (212) 735-8600<br>Facsimile: (212) 735-8708<br>Email:  jmoldovan@morrisoncohen.com<br>            hrosenblat@morrisoncohen.com<br>            jgottlieb@morrisoncohen.com<br>            mmix@morrisoncohen.com |

**PLEASE TAKE FURTHER NOTICE THAT**, the foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph, telex or

otherwise filed with regard to the above-referenced adversary proceeding and proceedings therein.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction or venue of any type by Defendant, nor should they be deemed to waive: (1) Defendants' rights to have final orders in non-core matters in the case entered only after de novo review by a District Court, (2) Defendants' rights to trial by jury in any proceeding so triable in any case, controversy or proceeding related to the case; (3) Defendants' rights to have a District Court withdraw the reference in any matter in the case subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupment to which Defendants are or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Signature Page Immediately Follows*]

| | |
|---|---|
| Dated:  October 19, 2023<br>Wilmington, Delaware | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
        pkeane@pszjlaw.com

- and -

THE DALEY LAW FIRM
Darrell Daley (admitted *pro hac vice*)
Samantha Neal (admitted *pro hac vice*)
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301
Telephone: (303) 479-3500
Email:  Darrell@daleylawyers.com
        Samantha@daleylawyers.com

- and -

MORRISON COHEN LLP
Joseph T. Moldovan (admitted pro hac vice)
Heath D. Rosenblat (admitted pro hac vice)
Jason P. Gottlieb (admitted pro hac vice)
Michael Mix (pro hac vice pending)
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: jmoldovan@morrisoncohen.com
        hrosenblat@morrisoncohen.com
        jgottlieb@morrisoncohen.com
        mmix@morrisoncohen.com

*Counsel to Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke*