**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br>  Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br>  Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**AFFIDAVIT OF SERVICE**

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 18, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Intent to Serve Subpoena on Non-Party BDO USA LLP [Docket No. 17]

- Notice of Intent to Serve Subpoena on Non-Party Kephas Corporation [Docket No. 18]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 24, 2023

/s/ Liz Santodomingo  
Liz Santodomingo

State of New York  
County of New York

Subscribed and sworn (or affirmed) to me on October 24, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER  
Notary Public, State of New York  
No BA6205563  
Qualified in Westchester County  
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via First Class Mail and Email

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | GEBHARDT & SMITH LLP | Attn: Lawrence J. Gebhardt, Gregory L. Arbogast | 1000 N. West Street | Suite 1200 | | Wilmington | DE | 19801 | lgebh@gebsmith.com; garbogast@gebsmith.com |
| 0002 | MORRISON COHEN LLP | Attn: Heath D. Rosenblat, Joseph T. Moldovan, Jason P. Gottlieb | 909 Third Avenue | 27th Floor | | New York | NY | 10022 | ; jmoldovan@morrsioncohen.com; jgottlieb@morrisoncohen.com |
| 0003 | PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | 919 N. Market Street | 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | ljones@pszjlaw.com |
| 0004 | THE DALEY LAW FIRM | Attn: Darrell M. Daley, Samantha Neal | 4845 Pearl East Circle | Suite 101 | | Boulder | CO | 80301 | darrell@daleylawyers.com; samantha@daleylawyers.com |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1