**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | ) ) ) ) ) | |
| Defendants. . | ) ) ) ) | |

**NOTICE OF SERVICE OF DISCOVERY BY**
**DEFENDANTS LOREM IPSUM UG,**
**PATRICK GRUHN, AND ROBIN MATZKE**

**PLEASE TAKE NOTICE THAT** on the 25th day of October, 2023, true and correct copies of the following documents were served on the individual(s) listed below as and in the manner indicated:

- **FIRST SET OF INTERROGATORIES BY DEFENDANT LOREM IPSUM UG TO PLAINTIFFS FTX TRADING LTD. & MACLAURIN INVESTMENTS LTD.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

- **FIRST SET OF DOCUMENT REQUESTS BY DEFENDANTS LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE TO DEFENDANT BRANDON WILLIAMS**

- **FIRST SET OF DOCUMENT REQUESTS BY DEFENDANTS LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE TO PLAINTIFFS FTX TRADING LTD. & MACLAURIN INVESTMENTS LTD.**

- **FIRST SET OF REQUESTS FOR ADMISSION BY DEFENDANTS LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE TO PLAINTIFFS FTX TRADING LTD. & MACLAURIN INVESTMENTS LTD.**

**Email**
(Counsel to Plaintiffs)
LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
Steven L. Holley
Stephen Ehrenberg
Brian D. Glueckstein
Christopher J. Dunne
Jared Rosenfeld
Aneesa Mazumdar
Jessica Goldman
Steven Holley
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com;  ehrenbergs@sullcrom.com; gluecksteinb@sullcrom.com; dunnec@sullcrom.com; rosenfeldj@sullcrom.com; mazumdara@sullcrom.com; holleys@sullcrom.com; goldmanj@sullcrom.com;

**Email**
(Counsel to Defendant Brandon Williams)
Lawrence J. Gebhardt
Gregory L. Arbogast (No. 6255)
Elizabeth Peters

GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
lgebh@gebsmith.com; garbogast@gebsmith.com; epeters@gebsmith.com

Dated: October 25, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              pkeane@pszjlaw.com

THE DALEY LAW FIRM LLC
Darrell Daley (admitted *pro hac vice*)
Samantha Neal (admitted *pro hac vice*)
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301
Telephone: (303) 479-3500
Email: Darrell@daleylawyers.com
       Samantha@daleylawyers.com

- and -

MORRISON COHEN LLP
Joseph T. Moldovan (admitted *pro hac vice*)
Heath D. Rosenblat (admitted *pro hac vice*)
Jason P. Gottlieb (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: jmoldovan@morrisoncohen.com
       hrosenblat@morrisoncohen.com
       jgottlieb@morrisoncohen.com
       mmix@morrisoncohen.com

*Counsel to Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke*