**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | ) ) ) ) ) | |
| Defendants. . | ) ) ) | |

**ORDER GRANTING DEFENDANTS LOREM IPSUM UG,
PATRICK GRUHN, AND ROBIN MATZKE'S MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION
WITH RESPECT TO THEIR MOTION TO DISMISS**

Upon the motion ("**Motion to Exceed**")[2] of Defendants Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke ("**LI Defendants**") for entry of an order, pursuant to Rules 1001-1 and 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("**Local Rules**"), to exceed the thirty (30) page limit applicable to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Exceed.

opening briefs under Local Rule 7007-2 for the Defendant's opening brief ("**Opening Brief**") in support of their motion for dismiss ("**MTD**"), as more fully set forth in the Motion to Exceed; and due and proper notice of the Motion to Exceed having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion to Exceed is GRANTED.

2. The Defendants' Opening Brief in support of the MTD may exceed the thirty (30) page limitation under Local Rule 7007-2 by an additional ten (10) pages for a total of forty (40) pages.

**Dated: October 26th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:245484.3 53169/001