**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | Adv. Pro. No. 23-23-50437 (JTD) |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO DISMISS OR ABSTAIN**

UPON CONSIDERATION of Defendants' *Motion to Dismiss Complaint by Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG* ("**Motion**"), and the Court having reviewed the Motion, *Brief in Support of Motion to Dismiss Filed by Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum, UG* ("**Joint Brief**"), and the responses and replies thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion and Joint Brief establishes just cause for the relief granted the Motion; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Complaint is dismissed, with prejudice.