# Tab 4

## AMENDMENT TO THE SHARE PURCHASE AGREEMENT

**BETWEEN:**

Patrick Gruhn of 

(the "**Seller 1**")

and

FTX Trading Ltd., Veridian Corporate Centre Bldg 27, Western Road, Nassau, The Bahamas

(the "**Purchaser**")

**BACKGROUND:**

WHEREAS, the Seller 1 and the Purchaser entered into a Share Purchase Agreement ("**Agreement**") on November 14th for 2,666,667 shares in Digital Assets DA AG and certain named subsidiaries which excluded all U.S. based companies of the Seller 1

WHEREAS, the Seller 1 is because of his immigration status only allowed to work for Kephas Corp.

**IN CONSIDERATION OF** and as a condition of the parties entering into this Agreement and other valuable consideration, the receipt and sufficiency of which consideration is acknowledged, the parties (each a "**Party**", and collectively the "**Parties**") to this Agreement agree as follows to the:

### Clarification, Amendment and Adjustment of the Purchase and Sale Agreement

1. Point number 24 of the Share Purchase Agreement is hereby changed that Seller 1 shall <u>not</u> act as Chairperson of the board of directors of any company and shall in no capacity whatsoever have any operational, managerial, executive or any other function at the Purchaser, Digital Assets DA AG/FTX EUROPE AG or any other subsidiary.

2. The Offer Letter from Digital Assets DA AG/FTX EUROPE AG ("Offer of Employment") shall not be an employment contract with FTX EUROPE AG but all economic benefits offered in such Offer Letter (listed at "4. Compensation") shall become instead part of the consideration from the Purchase and Sale Agreement.

3. Seller 1 shall have no employment obligations whatsoever and all services provided by Seller 1 to the Purchaser, Digital Assets DA AG/FTX EUROPE AG or any other entity shall be provided by



Kephas Corp. which employs Seller 1 and Kephas Corp. shall invoice Digital Assets DA AG/FTX EUROPE AG or any other entity from the Purchaser which requests services from Seller 1 at a fair market value hourly rate.

4. The Purchaser hereby warrants, guarantees, and represents to the Seller 1 that he will take all actions necessary to implement the forgoing agreed changes, including, but not limited to, a shareholder resolution as new share holder of Digital Assets DA AG/ FX EUROPE AG, if necessary.

5. No other changes are made to the SHARE PURCHASE AGREEMENT dated November 14th, 2021.

**IN WITNESS WHEREOF** the Sellers, the Company and Purchaser have duly affixed their signatures under hand and seal on this 15th day of November, 2021

_____
Patrick Gruhn (Seller 1)

FTX Trading Ltd (Purchaser)

_____
Sam Bankman-Fried