# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | Adv. Pro. No. 23-50437 (JTD) |
| -against- | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

## CERTIFICATION OF COMPLIANCE

Gregory L Arbogast, as a Delaware attorney and counsel for Defendant, Brandon Williams, hereby certifies and avers under Fed. R. Civ. P. 26(c)(1), as made applicable by Fed. R. Bankr. P. 7026, and Local Bankruptcy Rule 7026-1(d) that a good faith and reasonable effort has been made to confer with counsel for the Plaintiffs to resolve the issues arising under Defendant, Brandon Williams' motion for a protective order but the parties have been unable to resolve their differences or the dispute over staying discovery pending a resolution of the subject matter jurisdiction issue.

*/s/ Gregory L. Arbogast*
Lawrence J. Gebhardt (*pro hac vice pending*)
Gregory L. Arbogast (No. 6255)
GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
T: (302) 295-5038
F: (443) 957-4325
Garbogast@gebsmith.com

*Attorneys for Defendant,
Brandon Williams*

2