IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, <br><br> Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**<u>ORDER GRANTING MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY</u>**

Upon the Motion For A Protective Order of Defendant, Brandon Williams, seeking a stay discovery in the above Adversary Proceeding until the issue of the Court's subject matter jurisdiction has been resolved and the Court having determined that good cause for the issuance of a protective order staying discovery has been shown in that such discovery will potentially be both excessively burdensome and inordinately expensive, it is hereby ordered by the United States Bankruptcy Court for the District of Delaware that the motion is granted and all discovery in the Adversary Proceeding is stayed until such time as the issue of the Court's subject matter jurisdiction has been resolved, with discovery to commence only if the motions seeking

dismissal on the basis of a lack of subject matter jurisdiction are denied and then with discovery to recommence and with all discovery deadlines extended for 30 days from the date the motions to dismiss for lack of subject matter jurisdiction are denied or such other period as the parties may agree upon.

Date: _____                        _____
                                             JOHN T. DORSEY, JUDGE