**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*                                                                                                           Schedule 6
Weighted Average Cost of Capital
*As of November 14, 2021*

| (1) Guideline Public Company | Observed Beta (1) | Debt (Book) as a % of Equity | 5 Yr. Historic Capital Structure | Effective Tax Rate | Unlevered Beta | Re-Levered Beta (2) |
|---|---|---|---|---|---|---|
| ADVFN Plc | 1.00 | 2.0% | 2.0% | 12.0% | 0.98 | 1.10 |
| Robinhood Markets, Inc. | NM | 14.3% | 12.5% | 46.1% | NM | NM |
| Coinbase Global, Inc. | 3.34 | 3.1% | 3.0% | 21.2% | 3.26 | 3.67 |
| Voyager Digital Ltd. | 2.72 | 0.9% | 0.8% | 12.0% | 2.70 | 3.04 |
| The Charles Schwab Corporation | 1.04 | 15.6% | 13.5% | 23.3% | 0.93 | 1.04 |
| E*TRADE Financial, LLC | 0.33 | 25.5% | 20.3% | 31.9% | 0.28 | 0.32 |
| Interactive Brokers Group, Inc. | 0.79 | 136.0% | 57.6% | 6.0% | 0.35 | 0.39 |
| Nasdaq, Inc. | 0.88 | 23.8% | 19.2% | 34.7% | 0.77 | 0.86 |
| Euronext N.V. | 0.33 | 14.2% | 12.4% | 29.5% | 0.30 | 0.34 |
| Intercontinental Exchange, Inc. | 0.87 | 18.1% | 15.3% | 21.5% | 0.76 | 0.86 |
| Hong Kong Exchanges and Clearing Limited | 0.33 | 0.8% | 0.8% | 14.2% | 0.33 | 0.37 |
| Maximum | 3.34 | 136.0% | 57.6% | 46.1% | 3.26 | 3.67 |
| Third Quartile | 1.03 | 20.9% | 17.3% | 30.7% | 0.97 | 1.09 |
| Average | 1.16 | 23.1% | 14.3% | 23.0% | 1.07 | 1.20 |
| Median | 0.88 | 14.3% | 12.5% | 21.5% | 0.76 | 0.86 |
| First Quartile | 0.44 | 2.6% | 2.5% | 13.1% | 0.33 | 0.37 |
| Minimum | 0.33 | 0.8% | 0.8% | 6.0% | 0.28 | 0.32 |
| **Selected** | | | 12.5% | 12.0% | | 1.20 |

**Cost of Equity (Ke) - MCAPM Method**

| | | |
|---|---|---|
| Risk-Free Rate (Rf) | 2.0% | The risk-free rate is based on the yield of 20-year constant maturity U.S. Treasury bonds per the Nov 14, 2021 FRB: H.15 Statistical Release. |
| Re-levered Beta (Be) | 1.20 | Be = Ba x [ 1 + (Wd / We) x ( 1 - T )] |
| Equity Risk Premium (Rm - Rf) | 6.0% | See Footnote 3. |
| Adjusted Equity Risk Premium | 7.2% | Be (Rm - Rf) |
| Size Premium (SP) | 5.0% | The size premium is based on 0.0501 D&P Cost of Capital Navigator issued by Duff & Phelps Corporation: 10 decile. |
| Company Specific Risk Premium (CSRP) | 28.0% | Based on the risk of achieving the projections. We note the projections are significant and represent a significant improvement in the performance of the the target company.  Furthermore, we note the target is  operating in a segment where the underlying asset class is relatively new and extremely volatile. |
| Cost of Equity | 42.2% | Ke = Rf + Be (Rm - Rf) + SP + CSRP |

**After-Tax Cost of Debt (Kd)**

| | | |
|---|---|---|
| Pre-Tax Cost of Debt | 3.3% | See Footnote 4. |
| Tax Rate | 12.0% | Based on an estimated Federal and statutory blended tax rate of 12.0%. |
| After-Tax Cost of Debt | 2.9% | Kd = Kd (1 - T) |

**Weighted Average Cost of Capital**

| | | |
|---|---|---|
| Equity % of Capital (We) | 87.5% | The capital structure is based on levels typical in the Company's industry, as represented by the guideline public companies. |
| Cost of Equity (Ke) | 42.2% | |
| Weighted Cost of Equity | 36.9% | We x Ke |
| Debt % of Capital (Wd) | 12.5% | The capital structure is based on levels typical in the Company's industry, as represented by the guideline public companies. |
| Cost of Debt (Kd) | 2.9% | |
| Weighted Cost of Debt | 0.4% | Wd x Kd |
| **WACC (Rounded)** | **37.5%** | |

**Footnotes**

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Source: S&P Capital IQ.
(2) The re-levered betas represent 5-year monthly betas, unless otherwise noted.
(3) The equity risk premium was selected based on BDO's review of recently published articles, academic studies, and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks, which reflects the "Supply Side" equity risk premium, per the D&P Cost of Capital Navigator issued by Duff & Phelps Corporation.
(4) The pre-tax cost of debt is based on the yield, as of the Valuation Date, of BAA rated corporate bonds, as rated by Moody's credit rating agency, as published by Moody's.

**A.0209**

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*
*Net Working Capital*
*As of November 14, 2021*

Schedule 7
($US in Thousands)

| | | As of November 14 | | Projected Financials FYE December 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2021 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | | Residual |
| Total Revenue | $ | 11,892 | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 | $ 257,127 | $ 282,839 | $ 296,981 | $ | 305,891 |
| Accounts Receivable | | 9,112 | | | | | | | | | | | |
| Other Current Assets | | 4,415 | | | | | | | | | | | |
| Cash-Free Current Assets | | 13,528 | | | | | | | | | | | |
| Accounts Payable | | 621 | | | | | | | | | | | |
| Other Current Liabilities | | 541 | | | | | | | | | | | |
| Debt-Free Current Liabilities | | 1,161 | | | | | | | | | | | |
| Net Working Capital | | 12,366 | 641 | 3,043 | 3,347 | 4,351 | 6,527 | 11,096 | 13,870 | 15,257 | 16,019 | | 16,500 |
| Net Working Capital % of Revenue | | 104.0% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | | 5.4% |
| Changes in Net Working Capital | | | - | 2,401 | 304 | 1,004 | 2,176 | 4,569 | 2,774 | 1,387 | 763 | | 481 |

| (2) Guideline Public Company | TTM |
|---|---|
| ADVFN Plc | -12.6% |
| Robinhood Markets, Inc. | -113.6% |
| Coinbase Global, Inc. | 5.3% |
| Voyager Digital Ltd. | 3.5% |
| The Charles Schwab Corporation | NM |
| E*TRADE Financial, LLC | -136.0% |
| Interactive Brokers Group, Inc. | NM |
| Nasdaq, Inc. | 0.5% |
| Euronext N.V. | -8.7% |
| Intercontinental Exchange, Inc. | 12.3% |
| Hong Kong Exchanges and Clearing Limited | NM |
| **Digital Assets DA AG** | **104.0%** |
| Maximum | 12.3% |
| Third Quartile | 4.0% |
| Average | -31.2% |
| Median | -4.1% |
| First Quartile | -37.8% |
| Minimum | -136.0% |
| (3) Selected | 5.4% |
| Normalized Net Working Capital | 641 |
| Actual Net Working Capital | 12,366 |
| **Net Working Capital Surplus/(Deficit)** | **$ 11,725** |

Footnotes

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.
(1) Historical and projected financial data provided by Management. Refer to Schedule 3 and Schedule 4.
(2) Source: S&P Capital IQ.
(3) Based on the net working capital that approximates the entities deemed most similar to the Subject Company.
Definitions: DFCFNWC - Debt Free, Cash Free Net Working Capital, FYE - Fiscal Year End

A.0210

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*  Schedule 8
Tax Depreciation Calculation  *($US in Thousands)*
*As of November 14, 2021*

| | | |
|---|---|---:|
| (1) | Net Fixed Assets | $ 417 |
| (1) | Non-Depreciable Assets | - |
| | Existing Fixed Assets | $ 417 |

| | | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | | | **Projected Financials** FYE December 31 | | | | | | | | |
| (2) | Revenue | | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 | $ 257,127 | $ 282,839 | $ 296,981 |
| | **Capital Expenditures** | | | | | | | | | | |
| (2) | Total Capital Expenditures | | 119 | 564 | 621 | 807 | 1,210 | 2,057 | 2,571 | 2,828 | 2,970 |
| | Percentage Bonus Depreciation | | 100.0% | 100.0% | 80.0% | 60.0% | 40.0% | 20.0% | 0.0% | 0.0% | 0.0% |
| | Capital Expenditures - Eligible for Bonus Depreciation | | 119 | 564 | 496 | 484 | 484 | 411 | - | - | - |
| | Capital Expenditures - Not Eligble for Bonus Depreciation | | - | - | 124 | 323 | 726 | 1,646 | 2,571 | 2,828 | 2,970 |

| | Average Life | Weight | Depreciation Method |
|---|---:|---:|---|
| Existing Fixed Assets | 5 | 100.0% | MACRS DB-SL |
| Capital Expenditures | 5 | | MACRS DB-SL |

| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Depreciation Rates** | | | | | | | | | | |
| Existing Fixed Assets | | 20.0% | 32.0% | 19.2% | 11.5% | 11.5% | 5.8% | - | - | - |
| Capital Expenditures | | 20.0% | 32.0% | 19.2% | 11.5% | 11.5% | 5.8% | - | - | - |
| **Depreciation** | | | | | | | | | | |
| Existing Fixed Assets | | 83 | 133 | 80 | 48 | 48 | 24 | | | |
| Capital Expenditures | | | | | | | | | | |
| | 1 | - | - | - | - | - | - | | | |
| | 2 | | - | - | - | - | - | - | | |
| | 3 | | | 25 | 40 | 24 | 14 | 14 | 7 | |
| | 4 | | | | 65 | 103 | 62 | 37 | 37 | 19 |
| | 5 | | | | | 145 | 232 | 139 | 84 | 84 |
| | 6 | | | | | | 329 | 527 | 316 | 190 |
| | 7 | | | | | | | 514 | 823 | 494 |
| | 8 | | | | | | | | 566 | 905 |
| | 9 | | | | | | | | | 594 |
| Total Depreciation | | $ 202 | $ 698 | $ 601 | $ 636 | $ 804 | $ 1,073 | $ 1,232 | $ 1,832 | $ 2,285 |
| **Fixed Asset Level** | | | | | | | | | | |
| Beginning Fixed Assets | | 417 | 334 | 200 | 219 | 390 | 795 | 1,779 | 3,119 | 4,115 |
| Depreciation | | (202) | (698) | (601) | (636) | (804) | (1,073) | (1,232) | (1,832) | (2,285) |
| Capital Expenditures | | 119 | 564 | 621 | 807 | 1,210 | 2,057 | 2,571 | 2,828 | 2,970 |
| Ending Fixed Assets | | 334 | 200 | 219 | 390 | 795 | 1,779 | 3,119 | 4,115 | 4,800 |
| % of Revenue | | 1.7% | 1.2% | 1.0% | 0.8% | 0.7% | 0.5% | 0.5% | 0.6% | 0.8% |
| Fixed Asset Turnover | | 35.7 | 281.9 | 282.9 | 207.0 | 152.1 | 115.6 | 82.4 | 68.7 | 61.9 |

Footnotes
 This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.
(1) Refer to Schedule 4.
(2) Refer to Schedule 3.

**A.0211**

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*
*Income Approach - Relief from Royalty Method*
*Trade Names and Trademarks*
*As of November 14, 2021*

Schedule 9
($US in Thousands)

|  |  | Projected Financials FYE December 31 | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| (1) | **Revenue** | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 |
|  | *Percent of Revenue Attributable to TNs & TMs* | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
|  | **Adjusted Revenue** | 11,892 | 56,411 | 62,052 | 80,667 | 121,001 | 205,701 |
|  | *Revenue Growth* |  | 374.4% | 10.0% | 30.0% | 50.0% | 70.0% |
| (2) | **Relief from Gross Royalty @ 0.75%** |  | 89 | 423 | 465 | 605 | 908 | 1,543 |
|  | Less: Taxes @ 12.0% |  | 11 | 51 | 56 | 73 | 109 | 185 |
|  | **After-Tax Royalty Savings** |  | 78 | 372 | 410 | 532 | 799 | 1,358 |
|  | Partial Period Adjustment |  | 0.13 |  |  |  |  |  |
|  | Present Value Period |  | 0.06 | 0.63 | 1.63 | 2.63 | 3.63 | 4.63 |
|  | Present Value Factor @ 37.5% |  | 0.980 | 0.819 | 0.595 | 0.433 | 0.315 | 0.229 |
|  | **Present Value of Cash Flow** | $ 10 | $ 305 | $ 244 | $ 231 | $ 251 | $ 311 |
|  | Sum of Present Value of Cash Flows |  | 1,351 |
| (3) | Tax Amortization Benefit |  | 34 |
|  | **Fair Value of Trade Names and Trademarks** | $ 1,400 |

| Assumptions | |
|---|---|
| (2) TNs & TMs Royalty Rate | 0.75% |
| Tax Rate | 12.0% |
| TNs & TMs Discount Rate | 37.5% |
| (4) Estimated Remaining Economic Life | 6 yrs |

Footnotes

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Based on projections provided by Management.
(2) The selected royalty rate of 75bps was based on discussions with Management regarding the intentions to co-brand the existing name with FTX Europe and an independent review of comparable royalty agreements. See Schedule 10 for more details.
(3) Based on Section 197 tax amortization benefits factor.
(4) Estimated remaining economic life based on discussions with Management.
Definitions: FYE - Fiscal Year End

A.0212

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*
Comparable Royalty Rates
*As of November 14, 2021*

Schedule 10

| (1) | Year | Licensee | Licensee Business | Licensor | Licensor Business | Licensed Asset | Royalty Rate Range | | Source |
|---|---|---|---|---|---|---|---|---|---|
| | 2017 | EnTrust Capital | EnTrust Global's business platform encompasses a range of investment opportunities across a spectrum of asset classes, strategies, and liquidity profiles, in both the public and private markets. The firm provides commingled solutions as well as customized, bespoke portfolios | Legg Mason, Inc. | Global Asset Management | Entrust Permal tradename, acquired during the acquisition of EnTrust Capital on May 2, 2016. On May 2, 2016, Legg Mason acquired EnTrust Capital ("EnTrust") and combined it with The Permal Group, Ltd. ("Permal"), Legg Mason's existing hedge fund platform, to form EnTrustPermal. EnTrust, an alternative asset management firm headquartered in New York, had $9,600,000 in assets under management ("AUM") and approximately $2,000,000 in assets under advisement and committed capital at closing, and largely complementary investment strategies, investor base, and business mix to Permal. | 1.5% | 1.5% | Legg Mason, Inc. 2017 10-K Report |
| | 2017 | Rare Infrastructure | Rare Infrastructure specializes in global listed infrastructure security investing and is headquartered in Sidney, Australia | Legg Mason, Inc. | Global Asset Management | RARE Infrastructure tradename acquired on October 21, 2015. At this date, Legg Mason acquired a majority equity interest in RARE Infrastructure Limited ("RARE Infrastructure"). RARE Infrastructure specializes in global listed infrastructure security investing, is headquartered in Sydney, Australia, and had approximately 6,800,000 in AUM at the closing of the transaction. Under the terms of the related transaction agreements, Legg Mason acquired a 75% ownership interest in the firm, | 1.0% | 1.0% | Legg Mason, Inc. 2017 10-K Report |
| | 2020 | LM Capital Solutions, LLC | Merchant Cash Advance operations. | CCUR Holdings, Inc. | Merchant cash advance and real estate operations | The tradenmae of LuxeMark, acquired on February 13, 2019 | 1.5% | 1.5% | CCUR Holdings, Inc. 2020 10-K Report |
| | 2017 | NorthStar Asset Management Group, Inc. | Real estate focused asset management firm | Colony Capital, Inc. | Global investment management firm with approximately $43 billion in asset under management | The trade name of NorthStar Asset Management, which was acquired on January 10, 2017 | 1.5% | 1.5% | Colony Capital, Inc. 2017 10-K Report |
| | 2016 | Tonswend Investment Management | Investment management | Colony Capital, Inc. | Global investment management firm with approximately $43 billion in asset under management | Through its subsidiary, NorthStar Asset Management Group, Inc., the Townsend tradename was acquired in January 2016 | 2.0% | 2.0% | Colony Capital, Inc. 2017 10-K Report |
| | 2017 | CEMP | Tennessee limited liability company and rules-based index investment manager offering mutual fund and ETF products | Victory Capital Holdings, Inc. | Investment management firm | The CEMP tradename acquired on November 26, 2017 | 1.0% | 1.0% | Victory Capital Holdings, Inc. 2017 10-K Report |
| | 2010 | Farm Bureau Mutual Holding Company and Other Farm Bureau Entities | - | Farm Bureau Federation | - | The Licensor, a non-profit organization, hereby grants to Insurance Companies an exclusive License to use the Marks only in the territory and only in connection with the Products, subject to revocation by the Licensor Board of Directors. | 0.6% | 3.0% | RoyaltySource Intellectual Property Database |
| | 2015 | Nodak Mutual Group Inc.; NI Holdings, Inc. | - | North Dakota Farm Bureau | - | Licensor, non-profit organization, hereby grants to Licensee a nonexclusive, nontransferable license to use, copy and incorporate the name Farm Bureau and logo "FB" and any trademarks associated with these marks to market Licensee products, including insurance products. Licensee agrees to use the Farm Bureau name and associated trademarks in a manner consistent with the marketing of insurance products and shall display the Farm | 1.3% | 1.3% | RoyaltySource Intellectual Property Database |

|  |  |
|---|---|
| Maximum | 2.0% / 3.0% |
| Third Quartile | 1.5% / 1.6% |
| Average | 1.3% / 1.6% |
| Median | 1.4% / 1.5% |
| First Quartile | 1.0% / 1.2% |
| Minimum | 0.6% / 1.0% |

(1) **Selected Royalty Rate** — 0.75%

**Footnotes**
This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) The selected royalty rate of 75bps was based on discussions with Management regarding the intentions to co-brand the existing name with FTX Europe and an independent review of comparable royalty agreements.

A.0213

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG* — Schedule 11
*Income Approach - Multi-Period Excess Earnings Model* — ($US in Thousands)
*Operating Licenses*
*As of November 14, 2021*

| | | | | | | | | | | Projected Financials FYE December 31 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 |
| | Total Revenue | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 | $ 211,872 | $ 218,229 | $ 224,775 | $ 231,519 | $ 238,464 | $ 245,618 | $ 252,987 | $ 260,576 | $ 268,394 | $ 276,445 | $ 284,739 | $ 293,281 | $ 302,079 | $ 311,142 |
| | Growth | | 374.4% | 10.0% | 30.0% | 50.0% | 70.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| (1) | Probability of Compliance 99.0% | 99.9% | 98.9% | 97.9% | 96.9% | 95.9% | 95.0% | 94.0% | 93.1% | 92.2% | 91.2% | 90.3% | 89.4% | 88.5% | 87.6% | 86.8% | 85.9% | 85.0% | 84.2% | 83.3% | 82.5% |
| | Revenue Attributable to Operating Licenses | 11,876 | 55,775 | 60,739 | 78,171 | 116,083 | 195,368 | 199,217 | 203,141 | 207,143 | 211,224 | 215,385 | 219,628 | 223,955 | 228,367 | 232,866 | 237,453 | 242,131 | 246,901 | 251,765 | 256,725 |
| | Cost of Goods Sold | 3,413 | 3,914 | 4,263 | 4,642 | 5,055 | 5,505 | 5,613 | 5,724 | 5,837 | 5,952 | 6,069 | 6,189 | 6,311 | 6,435 | 6,562 | 6,691 | 6,823 | 6,957 | 7,094 | 7,234 |
| | Gross Profit | 8,463 | 51,860 | 56,476 | 73,529 | 111,028 | 189,863 | 193,603 | 197,417 | 201,307 | 205,272 | 209,316 | 213,440 | 217,644 | 221,932 | 226,304 | 230,762 | 235,308 | 239,944 | 244,671 | 249,491 |
| | Gross Margin | 71.3% | 93.0% | 93.0% | 94.1% | 95.6% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% | 97.2% |
| | Operating Expenses (excluding depreciation) | 832 | 5,588 | 6,086 | 7,832 | 11,631 | 19,575 | 19,961 | 20,354 | 20,755 | 21,164 | 21,581 | 22,006 | 22,440 | 22,882 | 23,333 | 23,792 | 24,261 | 24,739 | 25,226 | 25,723 |
| (2) | EBITDA | 7,631 | 46,272 | 50,390 | 65,696 | 99,397 | 170,288 | 173,642 | 177,063 | 180,551 | 184,108 | 187,735 | 191,434 | 195,205 | 199,050 | 202,972 | 206,970 | 211,047 | 215,205 | 219,445 | 223,768 |
| | EBITDA Margin | 64.3% | 83.0% | 83.0% | 84.0% | 85.6% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% | 87.2% |
| | Less: Tax Depreciation | 202 | 690 | 589 | 617 | 772 | 1,019 | 1,039 | 1,060 | 1,081 | 1,102 | 1,124 | 1,146 | 1,168 | 1,191 | 1,215 | 1,239 | 1,263 | 1,288 | 1,313 | 1,339 |
| | Pre-tax Income | 7,429 | 45,582 | 49,802 | 65,080 | 98,625 | 169,269 | 172,603 | 176,003 | 179,471 | 183,006 | 186,612 | 190,288 | 194,036 | 197,859 | 201,757 | 205,731 | 209,784 | 213,917 | 218,131 | 222,428 |
| (3) | Tax Expense | 891 | 5,470 | 5,976 | 7,810 | 11,835 | 20,312 | 20,712 | 21,120 | 21,536 | 21,961 | 22,393 | 22,835 | 23,284 | 23,743 | 24,211 | 24,688 | 25,174 | 25,670 | 26,176 | 26,691 |
| | Net Income | 6,538 | 40,112 | 43,825 | 57,270 | 86,790 | 148,956 | 151,891 | 154,883 | 157,934 | 161,046 | 164,218 | 167,453 | 170,752 | 174,116 | 177,546 | 181,044 | 184,610 | 188,247 | 191,955 | 195,737 |
| | Plus: Tax Depreciation | 202 | 690 | 589 | 617 | 772 | 1,019 | 1,039 | 1,060 | 1,081 | 1,102 | 1,124 | 1,146 | 1,168 | 1,191 | 1,215 | 1,239 | 1,263 | 1,288 | 1,313 | 1,339 |
| | Gross Cash Flow | 6,740 | 40,802 | 44,414 | 57,887 | 87,562 | 149,976 | 152,930 | 155,943 | 159,015 | 162,147 | 165,342 | 168,599 | 171,920 | 175,307 | 178,761 | 182,282 | 185,873 | 189,535 | 193,269 | 197,076 |
| (4) | Contributory Asset Charges | | | | | | | | | | | | | | | | | | | | |
| | Normalized Net Working Capital | 45 | 211 | 229 | 295 | 438 | 738 | 752 | 767 | 782 | 798 | 813 | 829 | 846 | 862 | 879 | 897 | 914 | 932 | 951 | 969 |
| | Return ON Fixed Assets | 45 | 80 | 108 | 137 | 183 | 281 | 269 | 336 | 459 | 468 | 477 | 487 | 496 | 506 | 516 | 526 | 537 | 547 | 558 | 569 |
| | Return OF Fixed Assets | 107 | 218 | 337 | 490 | 717 | 999 | 1,616 | 1,202 | 809 | 825 | 841 | 858 | 874 | 892 | 909 | 927 | 945 | 964 | 983 | 1,002 |
| | Trade Names | 78 | 368 | 401 | 516 | 766 | 1,289 | 1,315 | 1,341 | 1,367 | 1,394 | 1,422 | 1,450 | 1,478 | 1,507 | 1,537 | 1,567 | 1,598 | 1,630 | 1,662 | 1,694 |
| | Assembled Workforce | 3,397 | 15,952 | 17,372 | 22,358 | 33,202 | 55,879 | 56,979 | 58,102 | 59,247 | 60,414 | 61,604 | 62,817 | 64,055 | 65,317 | 66,604 | 67,916 | 69,254 | 70,618 | 72,009 | 73,428 |
| | Net Cash Flow Attributable to Operating Licenses | 3,068 | 23,973 | 25,967 | 34,090 | 52,256 | 90,790 | 91,999 | 94,195 | 96,351 | 98,249 | 100,185 | 102,158 | 104,171 | 106,223 | 108,316 | 110,449 | 112,625 | 114,844 | 117,106 | 119,413 |
| | Partial Period Adjustment | 0.13 | | | | | | | | | | | | | | | | | | | |
| | Present Value Period | 0.06 | 0.63 | 1.63 | 2.63 | 3.63 | 4.63 | 5.63 | 6.63 | 7.63 | 8.63 | 9.63 | 10.63 | 11.63 | 12.63 | 13.63 | 14.63 | 15.63 | 16.63 | 17.63 | 18.63 |
| | Present Value Factor @ 37.5% | 0.980 | 0.819 | 0.595 | 0.433 | 0.315 | 0.229 | 0.167 | 0.121 | 0.088 | 0.064 | 0.047 | 0.034 | 0.025 | 0.018 | 0.013 | 0.009 | 0.007 | 0.005 | 0.004 | 0.003 |
| | Present Value of Cash Flow | 387 | 19,623 | 15,459 | 14,760 | 16,454 | 20,791 | 15,322 | 11,409 | 8,488 | 6,294 | 4,668 | 3,462 | 2,567 | 1,904 | 1,412 | 1,047 | 777 | 576 | 427 | 317 |

| | |
|---|---|
| Present Value of Cash Flows | 146,144 |
| Tax Amortization Benefit | 3,717 |
| **Fair Value of Operating Licenses** | **149,900** |

**Assumptions**

| | |
|---|---|
| Probability of Non-Compliance with Regulatory Requirements | 1.0% |
| Tax Rate | 12.0% |
| Discount Rate | 37.5% |

Footnotes

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Management provided the annual probability for non compliance with European and Middle Eastern regulatory bodies.
(2) EBITDA margins based off of projections provided by Management.
(3) Based on an income tax rate of 12.0 percent.
(4) Represents economic charge for the use of other existing business assets that contribute to overall cash flow.

Definitions: TTM - Trailing Twelve Months, EBITDA - Earnings Before Interest, Taxes, Depreciation, and Amortization, FYE - Fiscal Year End

A.0214

**FTX Trading Ltd.**
ASC 805 Purchase Price Allocation of Digital Assets DA AG  Schedule 12
Income Approach - Multi-Period Excess Earnings Model  ($US in Thousands)
Contributory Asset Charges
As of November 14, 2021

| Asset | Indicated Fair Value | Required Rate of Return (After-Tax) | After-Tax Capital Charge | After-Tax Charge (% of Rev) | After-Tax Royalty Rate | TTM Revenue | Capital Charge Selected |
|---|---|---|---|---|---|---|---|
| Normalized Net Working Capital | 641 | 7.0% | 45 | 0.4% | | | 0.4% |
| Fixed Assets | 417 | 10.5% | 44 | 0.4% | | | 0.4% |
| Trade Names | 1,400 | 37.5% | 525 | 4.4% | 0.7% | | 0.7% |
| Assembled Workforce | 9,070 | 37.5% | 3,401 | 28.6% | | | 28.6% |
| Total | $ 11,528 | | | | | $ 11,892 | 30.0% |

| | | Projected Financials FYE December 31 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| **Total Company Revenue** | | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 | $ 257,127 | $ 282,839 | $ 296,981 |
| **Net Working Capital** | | | | | | | | | | |
| Starting Net Working Capital | | 641 | 641 | 3,043 | 3,347 | 4,351 | 6,527 | 11,096 | 13,870 | 15,257 |
| Changes In New Working Capital | | - | 2,401 | 304 | 1,004 | 2,176 | 4,569 | 2,774 | 1,387 | 763 |
| **Ending Net Working Capital** | | 641 | 3,043 | 3,347 | 4,351 | 6,527 | 11,096 | 13,870 | 15,257 | 16,019 |
| Return ON Net Working Capital | | 45 | 213 | 234 | 305 | 457 | 777 | 971 | 1,068 | 1,121 |
| Return as % of Revenue | | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| **Fixed Assets** | | | | | | | | | | |
| Starting Fixed Assets | | 417 | 429 | 773 | 1,049 | 1,350 | 1,813 | 2,818 | 3,304 | 4,459 |
| Capital Expenditures | | 119 | 564 | 621 | 807 | 1,210 | 2,057 | 2,571 | 2,828 | 2,970 |
| Economic Depreciation | | 107 | 220 | 344 | 505 | 747 | 1,052 | 2,085 | 1,674 | 1,160 |
| **Net Fixed Assets** | | $ 429 | $ 773 | $ 1,049 | $ 1,350 | $ 1,813 | $ 2,818 | $ 3,304 | $ 4,459 | $ 6,269 |
| Return ON Fixed Assets | | 45 | 81 | 110 | 142 | 190 | 296 | 347 | 468 | 658 |
| Return as % of Revenue | | 0.4% | 0.1% | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.2% | 0.2% |
| Return OF Fixed Assets | | 107 | 220 | 344 | 505 | 747 | 1,052 | 2,085 | 1,674 | 1,160 |
| Return as % of Revenue | | 0.9% | 0.4% | 0.6% | 0.6% | 0.6% | 0.5% | 0.8% | 0.6% | 0.4% |

A.0215

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*
Economic Depreciation Calculation
*As of November 14, 2021*

Schedule 13
*($US in Thousands)*

| | | |
|---|---|---:|
| (1) | Net Fixed Assets | $ 417 |
| (1) | Non-Depreciable Assets | - |
| | Existing Fixed Assets | $ 417 |

| | | | | **Projected Financials** <br> **FYE December 31** | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| (2) | Revenue | $ 11,892 | $ 56,411 | $ 62,052 | $ 80,667 | $ 121,001 | $ 205,701 | $ 257,127 | $ 282,839 | $ 296,981 |
| (2) | Capital Expenditures | 119 | 564 | 621 | 807 | 1,210 | 2,057 | 2,571 | 2,828 | 2,970 |

| | Average Life | Weight | Depreciation Method |
|---|---|---|---|
| Existing Fixed Asset | 5 | 100.0% | Straight Line |
| Capital Expenditures | 5 | | Straight Line |

| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Depreciation Rates** | | | | | | | | | | |
| Existing Fixed Asset | | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | - | - | - | - |
| Capital Expenditures | | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | - | - | - | - |
| **Depreciation** | | | | | | | | | | |
| Existing Fixed Asset | | 83 | 83 | 83 | 83 | 83 | | | | |
| Capital Expenditures | | | | | | | | | | |
| | 1 | 24 | 24 | 24 | 24 | 24 | | | | |
| | 2 | | 113 | 113 | 113 | 113 | 113 | | | |
| | 3 | | | 124 | 124 | 124 | 124 | 124 | | |
| | 4 | | | | 161 | 161 | 161 | 161 | 161 | |
| | 5 | | | | | 242 | 242 | 242 | 242 | 242 |
| | 6 | | | | | | 411 | 411 | 411 | 411 |
| | 7 | | | | | | | 514 | 514 | 514 |
| | 8 | | | | | | | | 566 | 566 |
| | 9 | | | | | | | | | 594 |
| Total Depreciation | | $ 107 | $ 220 | $ 344 | $ 505 | $ 747 | $ 1,052 | $ 1,453 | $ 1,895 | $ 2,327 |
| **Fixed Asset Level** | | | | | | | | | | |
| Beginning Fixed Assets | | 417 | 429 | 773 | 1,049 | 1,350 | 1,813 | 2,818 | 3,937 | 4,870 |
| Depreciation | | (107) | (220) | (344) | (505) | (747) | (1,052) | (1,453) | (1,895) | (2,327) |
| Capital Expenditures | | 119 | 564 | 621 | 807 | 1,210 | 2,057 | 2,571 | 2,828 | 2,970 |
| Ending Fixed Assets | | 429 | 773 | 1,049 | 1,350 | 1,813 | 2,818 | 3,937 | 4,870 | 5,513 |
| % of Revenue | | 0.9% | 0.4% | 0.6% | 0.6% | 0.6% | 0.5% | 0.6% | 0.7% | 0.8% |
| Fixed Asset Turnover | | 28 | 73 | 59 | 60 | 67 | 73 | 65 | 58 | 54 |

**Footnotes**

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Refer to Schedule 4.
(2) Refer to Schedule 3.

**A.0216**

**FTX Trading Ltd.**
*ASC 805 Purchase Price Allocation of Digital Assets DA AG*  Schedule 14
*Income Approach - Multi-Period Excess Earnings Model*  ($US in Actuals)
*Assembled Workforce*
*As of November 14, 2021*

| (1) Position/ Category | Number of Employees | Average Base Salary | Average Estimated Recruiting Cost | Average Estimated Training Cost | Average Recruiting Cost | Average Estimated Training Cost | Avoided Recruiting/ Training Cost |
|---|---|---|---|---|---|---|---|
| Member of the BoD FTX Europe AG | 1 | 350,000 | 100.0% | 0.0% | 350,000 | - | 350,000 |
| Head of MENA, M.H. | 1 | 500,000 | 100.0% | 0.0% | 500,000 | - | 500,000 |
| Head of Europe | 1 | 500,000 | 100.0% | 0.0% | 500,000 | - | 500,000 |
| Head of Legal Europe | 1 | 500,000 | 100.0% | 0.0% | 500,000 | - | 500,000 |
| Legal Counsel | 1 | 300,000 | 100.0% | 0.0% | 300,000 | - | 300,000 |
| CFO, FTX Europe AG | 1 | 170,000 | 100.0% | 0.0% | 170,000 | - | 170,000 |
| COO, FTX Trading GmbH | 1 | 60,000 | 35.0% | 0.0% | 21,000 | - | 21,000 |
| Head of Administration | 1 | 60,000 | 25.0% | 0.0% | 15,000 | - | 15,000 |
| K-DNA FS Services Ltd., Staff incl. CEO | 12 | 1,200,000 | 25.0% | 5.0% | 300,000 | 60,000 | 360,000 |
| **Total** | **20** | | | | | | |

| (1) Position/ Category | Benefit Load | Average Starting Efficiency | Average Months to Full Productivity | Avoided Productivity Costs | Total Avoided Costs Per Person | Total Avoided Costs |
|---|---|---|---|---|---|---|
| Member of the BoD FTX Europe AG | 200.0% | 100% | 0 | - | 350,000 | 350,000 |
| Head of MENA, M.H. | 100.0% | 100% | 0 | - | 500,000 | 500,000 |
| Head of Europe | 100.0% | 100% | 0 | - | 500,000 | 500,000 |
| Head of Legal Europe | 100.0% | 100% | 0 | - | 500,000 | 500,000 |
| Legal Counsel | 33.0% | 100% | 0 | - | 300,000 | 300,000 |
| CFO, FTX Europe AG | 33.0% | 100% | 0 | - | 170,000 | 170,000 |
| COO, FTX Trading GmbH | 100.0% | 100% | 0 | - | 21,000 | 21,000 |
| Head of Administration | 33.0% | 100% | 0 | - | 15,000 | 15,000 |
| K-DNA FS Services Ltd., Staff incl. CEO | 33.0% | 50% | 6 | 199,500 | 559,500 | 6,714,000 |
| **Total Avoided Costs** | | | | | | 9,070,000 |
| **Fair Value of Assembled Workforce (Rounded)** | | | | | $ | 9,070,000 |
| **Fair Value of Assembled Workforce per employee** | | | | | $ | 453,500 |

**Footnotes**

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Based on information provided by Management.

A.0217

**FTX Trading Ltd.**
ASC 805 Purchase Price Allocation of Digital Assets DA AG
Contingent Consideration
As of November 14, 2021

Schedule 15
($US in Thousands)

|  | Seller 1 | Seller 2 | Seller 3 | Total | Milestone 1 (2) Probability of Achievement | Milestone 2 (2) Probability of Achievement | Projected Payments(4) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Dec-22 | Jan-23 | May-23 | Nov-23 | May-24 | Nov-24 | May-25 | Nov-25 | May-26 | Nov-26 |
| Cash component | $ 41,667 | $ 41,667 | $ 83,333 | $ 166,667 | 95% | 95% |  |  |  |  |  |  |  |  |  |  |
| Bonus component | $ 33,333 | $ - | $ - | $ 33,333 | 95% | 95% |  | 30,083 |  |  |  |  |  |  |  |  |
| (1) Stock component | $ 8,333 | $ 41,667 | $ - | $ 50,000 | 95% | 95% |  | 45,125 |  |  |  |  |  |  |  |  |
| Extra bonus component | $ 5,000 | $ 5,000 | $ - | $ 10,000 | 95% | 95% | $ 9,025 |  |  |  |  |  |  |  |  |  |
|  | $ 88,333 | $ 88,333 | $ 83,333 | $ 260,000 |  |  | $ 9,025 | $ 75,208 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| (3) Discount rate |  |  |  |  |  |  | 0.77% | 0.78% | 0.82% | 0.99% | 1.09% | 1.30% | 1.41% | 1.61% | 1.70% | 1.87% |
| Present value factor |  |  |  |  |  |  | 0.99 | 0.99 | 0.99 | 0.98 | 0.97 | 0.96 | 0.95 | 0.94 | 0.93 | 0.91 |
| Present value of cash flows |  |  |  |  |  |  | $ 8,950 | $ 74,530 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Fair Value of Contingent Consideration** |  | **$ 83,479** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Footnotes**
This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules.  It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

(1) Based on most recent round of FTX financing at $36.41 per share as provided by Management.
(2) Based on discussions with Management and a review of the Share Purchase Agreement dated November 14, 2021.
(3) Based on financial services composite BBB yield curve as of the Valuation Date.
(4) Timing of payments based on discussions with Management and review of the Share Purchase Agreement dated November 14, 2021.

A.0218

**FTX Trading Ltd.**
ASC 805 Purchase Price Allocation of Digital Assets DA AG
Guideline Transactions - Operating Licenses
As of November 14, 2021

Appendix 1
($US in Thousands)

| | | | | Transaction Multiples (1) | | | | |
|---|---|---|---|---|---|---|---|---|
| **Closing Date** | **Target Company** | **Acquirer** | **Description of the Exchange Registration License (1)** | **Fair value of Comparable Licenses - US$ million (1)** | **Target's Revenues - US$ million** | **Target's EBITDA - US$ million** | **Fair value to Target's Revenues** | **Fair value to Target's EBITDA** |
| 2/27/2008 | OMX AB | NASDAQ OMX Group, Inc. | The exchange and clearing registrations represent licenses that provide OMX with the ability to operate its equity and derivative exchanges as well as the clearing function. Nasdaq views these intangible assets as a perpetual license to operate the exchanges so long as OMX meets its regulatory requirements | $ 1,143.70 | $ 596.64 | $ 188.02 | 1.92 x | 6.08 x |
| 11/13/2013 | New York Stock Exchange | Intercontinental Exchange Holdings, Inc. | National securities exchange registrations has been estimated since the registrations represent rights to operate exchanges in perpetuity based on the long history of the NYSE Euronext exchanges acquired and the expectation that a market participant would continue to operate them indefinitely. | 6,890.00 | 4,552.00 | 1,254.00 | 1.51 x | 5.49 x |
| 6/30/2016 | International Securities Exchange, LLC | Nasdaq, Inc. | The exchange registrations represent licenses that provide ISE with the ability to operate its option exchanges. Nasdaq views these intangible assets as a perpetual license to operate the exchanges so long as ISE meets its regulatory requirements | 467.00 | 141.80 | NA | 3.29 x | NA |
| 2/28/2017 | BATS Global Markets, Inc. | CBOE Holdings, Inc. | Target operations stock exchanges and provide services to financial markets. It ows trading registrations and licenses that allows it to operate | 840.80 | 1,778.70 | 223.80 | 0.47 x | 3.76 x |
| 9/24/2020 | Bolsas y Mercados Españoles | Six Group AG | Target operates securities exchanges. Licenses were valued at $87.6 CHF. | 81.87 | $ 334.64 | $ 199.69 | 0.24 x | 0.41 x |
| Maximum | | | | | | | 3.29 x | 6.08 x |
| Third Quartile | | | | | | | 1.92 x | 5.64 x |
| Average | | | | | | | 1.49 x | 3.94 x |
| Median | | | | | | | 1.51 x | 4.63 x |
| First Quartile | | | | | | | 0.47 x | 2.92 x |
| Minimum | | | | | | | 0.24 x | 0.41 x |
| (2) **Multiple Implied by Operating License Valuation** | | | | | | | 0.74 x | 1.47 x |

Footnotes
This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules.  It must be read in conjunction with the accompanying report and all the other exhibits included herein.  Some totals may not add due to rounding.
(1) Based on publicly available information (10Ks and 10Qs) of license acquirers.
(2) Given the young stage of maturity of the target, implied multiples based on normalized revenue and EBITDA levels in 2025.

A.0219

**FTX Trading Ltd.**

*ASC 805 Purchase Price Allocation of Digital Assets DA AG*  Appendix 2
*Venture Capital Rates of Return*
*As of November 14, 2021*

| Development Stage | Plummer (1) | Scherlis and Sahlman (2) | Sahlman, Stevenson, and Bhide (3) | Bygrave (4) |
|---|---|---|---|---|
| Start-Up | 50% to 70% | 50% to 70% | 50% to 100% | 60% to 80% |
| First or Early Development | 40% to 60% | 40% to 60% | 40% to 60% | 40% |
| Second or Expansion | 35% to 50% | 30% to 50% | 30% to 40% | 30% |
| Bridge/IPO | 25% to 35% | 20% to 35% | 20% to 30% | 25% |
| | | | | |
| Selected Range | 30.0% to | 40.0% | | |
| | | | | |
| Selected Cost of Capital | 37.5% | | | |

Footnotes

(1) Plummer, James L., QED Report on Venture Capital Financial Analysis, Palo Alto: QED Research, Inc., 1987.

(2) Scherlis, Daniel R. and Sahlman, William A., "A Method for Valuing High-Risk, Long Term, Investments: the Venture Capital Method," Harvard Business School Teaching Note 9-288-006, Boston: Harvard Business School Publishing, 1989.

(3) William A. Sahlman, Howard H. Stevenson, Amar V. Bhide, et al., "Financing Entrepreneurial Ventures," Business Fundamental Series (Boston: Harvard Business School Publishing, 1998).

(4) Babson College, William D. Bygrave, June 1997, "Classic Venture Capital in the Next Millennium".

**A.0220**

**FTX Trading Ltd.**
ASC 805 Purchase Price Allocation of Digital Assets DA AG
Guideline Public Companies - Descriptions
*As of November 14, 2021*

Appendix 3
Page 1 of 3

### ADVFN Plc (AIM:AFN)
**Primary Industry: Financial Exchanges and Data**
ADVFN Plc, together with subsidiaries, develops and provides financial information primarily through the Internet and research services. The company offers stock, crypto, forex, and commodity market information to the private investors in the United Kingdom, the United States, Brazil, Italy, and other international retail markets. It also develops and explores ancillary Internet sites; and operates an Internet dating Website, and financial information Website, as well as provides office services, and brokerage and software development services. ADVFN Plc was incorporated in 1989 and is based in Ongar, the United Kingdom.

### Robinhood Markets, Inc. (NasdaqGS:HOOD)
**Primary Industry: Investment Banking and Brokerage**
Robinhood Markets, Inc. operates financial services platform in the United States. Its platform allows users to invest in stocks, exchange-traded funds (ETFs), options, gold, and cryptocurrencies. The company also offers various learning and education solutions comprise Snacks, a digest of business news stories; Learn, which is a collection of approximately articles, including guides, feature tutorials, and financial dictionary; Newsfeeds that offer access to free premium news from various sites, such as Barron's, Reuters, and The Wall Street Journal; lists and alerts, which allow users to create custom watchlists and alerts to monitor securities, ETFs, and cryptocurrencies, as well as cash management services; and offers First trade recommendations to all new customers who have yet to place a trade. Robinhood Markets, Inc. was incorporated in 2013 and is headquartered in Menlo Park, California.

### Coinbase Global, Inc. (NasdaqGS:COIN)
**Primary Industry: Financial Exchanges and Data**
Coinbase Global, Inc. provides financial infrastructure and technology for the cryptoeconomy in the United States and internationally. The company offers the primary financial account in the cryptoeconomy for retailers; a marketplace with a pool of liquidity for transacting in crypto assets for institutions; and technology and services that enable ecosystem partners to build crypto-based applications and securely accept crypto assets as payment. Coinbase Global, Inc. was founded in 2012 and is based in Wilmington, Delaware.

### Voyager Digital Ltd. (TSX:VOYG)
**Primary Industry: Application Software**
Voyager Digital Ltd., through its subsidiaries, operates as a crypto asset brokerage firm primarily in the United States and Canada. It operates a digital platform that enables users to buy and sell crypto assets across multiple centralized marketplaces in one account. The company was formerly known as Voyager Digital (Canada) Ltd. and changed its name to Voyager Digital Ltd. in July 2020. The company was founded in 2018 and is headquartered in New York, New York.

### The Charles Schwab Corporation (NYSE:SCHW)
**Primary Industry: Investment Banking and Brokerage**
The Charles Schwab Corporation, together with its subsidiaries, provides wealth management, securities brokerage, banking, asset management, custody, and financial advisory services. The company operates in two segments, Investor Services and Advisor Services. The Investor Services segment provides retail brokerage, investment advisory, banking and trust, retirement plan, and other corporate brokerage services; equity compensation plan sponsors full-service recordkeeping for stock plans, stock options, restricted stock, performance shares, and stock appreciation rights; and retail investor and mutual fund clearing services, as well as compliance solutions. The Advisor Services segment offers custodial, trading, banking, and support services; and retirement business and corporate brokerage retirement services. This segment provides brokerage accounts with equity and fixed income, margin lending, options, and futures and forex trading; cash management capabilities comprising third-party certificates of deposit; third-party and proprietary mutual funds; plus mutual fund trading and clearing services; and exchange-traded funds (ETFs), including proprietary and third-party ETFs. It also offers advice solutions, such as managed portfolios of proprietary and third-party mutual funds and ETFs, separately managed accounts, customized personal advice for tailored portfolios, and specialized planning and portfolio management. In addition, this segment provides banking products and services, including checking and savings accounts, first lien residential real estate mortgage loans, home equity lines of credit, and pledged asset lines; and trust services comprising trust custody services, personal trust reporting services, and administrative trustee services. As of December 31, 2021, the Company had approximately 400 domestic branch offices in 48 states and the District of Columbia, as well as locations in Puerto Rico, the United Kingdom, Hong Kong, and Singapore. The Charles Schwab Corporation was incorporated in 1971 and is headquartered in Westlake, Texas.

Footnotes
This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules. It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.
Source: S&P Capital IQ.

A.0221

**FTX Trading Ltd.**
ASC 805 Purchase Price Allocation of Digital Assets DA AG
Guideline Public Companies - Descriptions
*As of November 14, 2021*

Appendix 3
Page 2 of 3

### E*TRADE Financial, LLC (CBOE:ETFC)
**Primary Industry: Investment Banking and Brokerage**

As of January 1, 2021, E*TRADE Financial, LLC was acquired by E*Trade Financial Holdings, LLC. E*TRADE Financial, LLC, a financial services company, provides brokerage, and related products and services for traders, investors, registered investment advisors (RIAs), and stock plan administrators and participants. It offers investor-focused banking products, including sweep deposit accounts; automated trade order placement and execution services; clearing and settlement services; and insurance on qualifying amounts of customer deposits, and other banking and cash management services. The company also provides custody solutions to RIAs; software and services for managing equity compensation plans, student loans, and financial wellness solutions to corporate clients; retail futures transaction services; and investment advisory services. It provides its services through digital platforms; and a network of industry-licensed customer service representatives and financial consultants through phone, email, and online at two national financial centers, as well as in-person at 30 regional financial centers in the United States. The company was founded in 1982 and is headquartered in Arlington, Virginia.

### Interactive Brokers Group, Inc. (NasdaqGS:IBKR)
**Primary Industry: Investment Banking and Brokerage**

Interactive Brokers Group, Inc. operates as an automated electronic broker worldwide. The company specializes in executing, clearing, and settling trades in stocks, options, futures, foreign exchange instruments, bonds, mutual funds, exchange traded funds (ETFs), metals, and cryptocurrencies. It also custodies and services accounts for hedge and mutual funds, ETFs, registered investment advisors, proprietary trading groups, introducing brokers, and individual investors. In addition, it offers custody, prime brokerage, securities, and margin lending services. The company serves institutional and individual customers through approximately 150 electronic exchanges and market centers. Interactive Brokers Group, Inc. was founded in 1977 and is headquartered in Greenwich, Connecticut.

### Nasdaq, Inc. (NasdaqGS:NDAQ)
**Primary Industry: Financial Exchanges and Data**

Nasdaq, Inc. operates as a technology company that serves capital markets and other industries worldwide. The Market Technology segment includes anti financial crime technology business, which offers Nasdaq Trade Surveillance, a SaaS solution for brokers and other market participants to assist them in complying with market rules, regulations, and internal market surveillance policies; Nasdaq Automated Investigator, a cloud-deployed anti-money laundering tool; and Verafin, a SaaS technology provider of anti-financial crime management solutions. This segment also handles assets, such as cash equities, equity derivatives, currencies, interest-bearing securities, commodities, energy products, and digital currencies. The Investment Intelligence segment sells and distributes historical and real-time market data; develops and licenses Nasdaq-branded indexes and financial products; and provides investment insights and workflow solutions. The Corporate Platforms segment operates listing platforms; and offers investor relations intelligence and governance solutions. As of December 31, 2021, it had 4,178 companies listed securities on The Nasdaq Stock Market, including 1,632 listings on The Nasdaq Global Select Market; 1,169 on The Nasdaq Global Market; and 1,377 on The Nasdaq Capital Market. The Market Services segment includes equity derivative trading and clearing, cash equity trading, fixed income and commodities trading and clearing, and trade management service businesses. This segment operates various exchanges and other marketplace facilities across various asset classes, which include derivatives, commodities, cash equity, debt, structured products, and exchange traded products; and provides broker, clearing, settlement, and central depository services. The company was formerly known as The NASDAQ OMX Group, Inc. and changed its name to Nasdaq, Inc. in September 2015. Nasdaq, Inc. was founded in 1971 and is headquartered in New York, New York.

### Euronext N.V. (OTCBB:EUXTF)
**Primary Industry: Financial Exchanges and Data**

Euronext N.V., together with its subsidiaries, operates securities and derivatives exchanges in Continental Europe, Ireland, and Norway. The company offers a range of exchange and corporate services, including security listings, cash and derivatives trading, and market data dissemination. It also provides listing venues and cash equities trading venues; and various marketplaces, including multilateral trading facilities for investors, broker-dealers, and other market participants to meet directly to buy and sell cash equities, fixed income securities, and exchange traded products. In addition, the company offers options contracts based on the blue-chip equities listed on Euronext; commodity derivatives, such as milling wheat futures contracts; and post-trade services, as well as distributes and sells real-time, historic, and reference data to data vendors, and financial institutions and individual investors. Further, it provides equity, debt, fund and ETF listing, corporate and investor, cash trading, foreign exchange trading, derivatives trading, fixed income trading, and power trading services. Additionally, the company offers technology solutions and services to exchanges, venue operators, and financial institutions; connectivity, colocation, and network and proximity services; data analytics, risk management, order management system, broker workstations, algorithmic trading validation, and regulatory reporting services; and hosting services to financial firms and third-party venue operators. The company was formerly known as Euronext Group N.V. and changed its name to Euronext N.V. in May 2014. Euronext N.V. was founded in 2000 and is headquartered in Amsterdam, the Netherlands.

### Intercontinental Exchange, Inc. (NYSE:ICE)
**Primary Industry: Financial Exchanges and Data**

Intercontinental Exchange, Inc., together with its subsidiaries, operates regulated exchanges, clearing houses, and listings venues for commodity, financial, fixed income, and equity markets in the United States, the United Kingdom, the European Union, Singapore, Israel, and Canada. It operates through three segments: Exchanges, Fixed Income and Data Services, and Mortgage Technology. The company operates marketplaces for listing, trading, and clearing an array of derivatives contracts and financial securities, such as commodities, interest rates, foreign exchange, and equities, as well as corporate and exchange-traded funds; trading venues, including 13 regulated exchanges and 6 clearing houses; and offers futures and options products for energy, agricultural and metals, financial, cash equities and equity, over-the-counter, and other markets, as well as listings and data and connectivity services. It also provides fixed income data and analytic, fixed income execution, CDS clearing, and other multi-asset class data and network services. In addition, the company offers proprietary and comprehensive mortgage origination platform, which serves residential mortgage loans; closing solutions that provides customers connectivity to the mortgage supply chain and facilitates the secure exchange of information; data and analytics services; and Data as a Service for lenders to access data and origination information. Intercontinental Exchange, Inc. was founded in 2000 and is headquartered in Atlanta, Georgia.

**Footnotes**

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules.  It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.

Source: S&P Capital IQ.

A.0222

**FTX Trading Ltd.**

*ASC 805 Purchase Price Allocation of Digital Assets DA AG*
*Guideline Public Companies - Descriptions*
*As of November 14, 2021*

Appendix 3
Page 3 of 3

### Hong Kong Exchanges and Clearing Limited (OTCBB:HKXCF)
**Primary Industry: Financial Exchanges and Data**

Hong Kong Exchanges and Clearing Limited, together with its subsidiaries, owns and operates stock exchanges and futures exchanges, and related clearing houses in Hong Kong, Mainland China, and the United Kingdom. It operates through five segments: Cash, Equity and Financial Derivatives, Commodities, Post Trade, and Technology. The Cash segment covers various equity products traded on the cash market platforms of the Stock Exchange of Hong Kong Limited, the Shanghai Stock Exchange, and the Shenzhen Stock Exchange; sale of market data relating to the products; and other related activities. The Equity and Financial Derivatives segment provides and maintains trading platforms for a range of equity and financial derivative products, such as stock and equity index futures and options, derivative warrants, and callable bull/bear contracts and warrants, as well as sells related market data. The Commodities segment operates an exchange for the trading of base, ferrous, and precious metals futures and options contracts in the United Kingdom; and operates Qianhai Mercantile Exchange Co., Ltd., a commodity trading platform in the Mainland. This segment also covers commodities contracts traded on Futures Exchange. The Post Trade segment operates clearing houses that are responsible for clearing, settlement, depository, custodian, and nominee services. The Technology segment offers various services that provide users with access to the platform and infrastructure. The company serves issuers and investors. Hong Kong Exchanges and Clearing Limited is based in Central, Hong Kong.

**Footnotes**

This schedule has been prepared on the basis of the information and assumptions set forth in our report and the attached schedules.  It must be read in conjunction with the accompanying report and all the other exhibits included herein. Some totals may not add due to rounding.
Source: S&P Capital IQ.

**A.0223**