# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 14th day of November, 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEFENDANTS PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG'S JOINDER IN MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

DE:4855-3281-7808.1 53169.001

#12556852v2\031263\0002

FTX v. Lorem Service List
Adv. Pro. 23-50437
14 – Electronic Mail


**ELECTRONIC MAIL**
*(Counsel to Plaintiffs)*
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

**ELECTRONIC MAIL**
*(Counsel to Plaintiffs)*
Steven L. Holley, Esq.
Stephen Ehrenberg , Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jared Rosenfeld, Esq.
Aneesa Mazumdar, Esq.
Jessica Goldman, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: holleys@sullcrom.com;  ehrenbergs@sullcrom.com; gluecksteinb@sullcrom.com; dunnec@sullcrom.com; rosenfeldj@sullcrom.com; mazumdara@sullcrom.com; goldmanj@sullcrom.com;

**ELECTRONIC MAIL**
*(Counsel to Defendant Brandon Williams)*
Lawrence J. Gebhardt, Esq.
Gregory L. Arbogast, Esq.
Elizabeth Peters, Esq.
GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Email:  lgebh@gebsmith.com; garbogast@gebsmith.com; epeters@gebsmith.com