## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG, and BRANDON WILLIAMS,<br><br>Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lawrence J. Gebhardt of Gebhardt & Smith LLP to represent Brandon Williams in the above-captioned adversary proceeding.

Dated: August 17, 2023

*/s/ Gregory L. Arbogast*
Gregory L. Arbogast (Bar No. 6255)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
Telephone: (302) 295-5038
Email: garbogast@gebsmith.com
*Counsel for Brandon Williams*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HACE VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of Maryland, Virginia, and New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/3/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: August 17, 2023

*/s/ Lawrence J. Gebhardt*
Lawrence J. Gebhardt
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Telephone: (410) 385-5100
Email: lgebh@gebsmith.com
*Proposed Counsel for Brandon Williams*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 14th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE