# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, <br><br> Defendants. | Adv. Pro. No. 23-50437 (JTD) |

### NOTICE OF SERVICE OF DEFENDANT, BRANDON WILLIAMS', RESPONSES TO DEBTORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on November 13, 2023, a true and accurate copy of Defendant, Brandon Williams', Responses to Debtor's First Request for Production of Documents was mailed to via first class mail, postage pre-paid, to the following:

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

1

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor P.O. Box 8705
Wilmington, DE 19899-8705

Heath D. Rosenblat
Joseph T. Moldovan
Jason P. Gottlieb
Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, New York 10022

Darrell M. Daley
Samantha Neal
The Daley Law Firm
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301

The Responses were also emailed to the following e-mail addresses:

- Heath D. Rosenblat, hrosenblat@morrisoncohen.com;

- Mix, Michael, mmix@morrisoncohen.com;

- Adam G. Landis, landis@lrclaw.com;

- Matthew B. McGuire, mcguire@lrclaw.com;

- Kimberly A. Brown, brown@lrclaw.com;

- Matthew R. Pierce, pierce@lrclaw.com;

- Darrell Daley, darrell@daleylawyers.com;

- Joseph T. Moldovan, jmoldovan@morrisoncohen.com;

- Jason Gottlieb, jgottlieb@morrisoncohen.com;

- Samantha Neal, samantha@daleylawyers.com;

- Laura Davis Jones, ljones@pszjlaw.com;

- Peter J. Keane, pkeane@pszjlaw.com;

- Jared H. Rosenfeld, rosenfeldj@sullcrom.com;

- Jessica H. Goldman, goldmanj@sullcrom.com;

- Aneesa Mazumdar, mazumdara@sullcrom.com;

- Saskia E.L. De Vries, devriess@sullcrom.com;

- Samantha M. Mazzarelli, mazzarellis@sullcrom.com;

- Stephen Ehrenberg, EhrenbergS@sullcrom.com

Dated: November 14, 2023

*/s/ Gregory L. Arbogast*
Gregory L. Arbogast (Bar No. 6255)
GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-5028 – phone
443-957-1916 – fax
garbogast@gebsmith.com
*Attorneys for Defendant, Brandon Williams*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14th day of November, 2023, copies of the Notice of Service of Discovery were electronically filed with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

                                                                                        */s/ Gregory L. Arbogast*
                                                                                        Gregory L. Arbogast