# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | Adv. Pro. No. 23-50437 (JTD) |
| -against- | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE THAT briefing is complete on the Defendant, Brandon Williams', Motion for Protective Order [D.I. 35]. Pursuant to Local Rule 7007-4, Defendant,

1

Brandon Williams, advises the Court that the following filings are relevant to the Motion for Protective Order:

1. Motion for Protective Order [D.I. 35 – filed November 8, 2023].

2. Appendix in Support of Motion for Protective Order Staying Discovery [D.I. 36 – filed November 8, 2022].

3. Joinder // Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG's Joinder in Motion for a Protective Order Staying Discovery [D.I. 39 – filed November 14, 2023].

4. Response in Opposition to Defendant Brandon Williams Motion for a Protective Order Staying Discovery [D.I. 42 – filed November 14, 2023].

Dated: November 14, 2023 /s/ *Gregory L. Arbogast*
Gregory L. Arbogast (Bar No. 6255)
Keith M. Lusby (*pro hac vice*)
Gebhardt & Smith LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19081
Telephone: 302.295.5038
Email: garbogast@gebsmith.com
klusby@gebsmith.com
*Counsel to Risk & Regulatory Consulting LLC, as the Special Deputy Receiver of Windhaven National Insurance Company*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, I caused the Defendant's Notice of Completion of Briefing to be filed via CM/ECF, which will send notice of the filing to all counsel of record.

/s/ *Gregory L. Arbogast*
Gregory L. Arbogast