## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>           Plaintiffs,<br><br>    -against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>           Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Defendants Counsel Email Service List attached hereto as **Exhibit A**:

- Plaintiffs' Opposition to Defendant Brandon Williams' Motion for a Protective Order Staying Discovery [Docket No. 42]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 22, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 22, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 74473

**<u>Exhibit A</u>**

## Exhibit A
### Defendant Counsel Email Service List
### Served via email

| Description | NAME | EMAILS |
|---|---|---|
| Counsel To Lorem Impsum UG, Patrick Gruhn, Robin Matzke, Brandon Williams | C/O GEBHARDT & SMITH LLP | lgebh@gebsmith.com; garbogast@gebsmith.com |
| Counsel To Lorem Impsum UG, Patrick Gruhn, Robin Matzke, Brandon Williams | C/O MORRISON COHEN LLP | hrosenblat@morrisoncohen.com; jmoldovan@morrsioncohen.com; jgottlieb@morrisoncohen.com; mmix@morrisoncohen.com |
| Counsel To Lorem Impsum UG, Patrick Gruhn, Robin Matzke, Brandon Williams | C/O PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel To Lorem Impsum UG, Patrick Gruhn, Robin Matzke, Brandon Williams | C/O THE DALEY LAW FIRM | darrell@daleylawyers.com; samantha@daleylawyers.com |