# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>　　　Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**NOTICE OF SERVICE OF DEFENDANT, BRANDON WILLIAMS', RESPONSES TO FIRST SET OF DOCUMENT REQUESTS BY DEFENDANTS, <u>LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE</u>**

PLEASE TAKE NOTICE that on November 27, 2023, a true and accurate copy of Defendant, Brandon Williams', Responses to First Set of Document Requests by Defendants, Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke was mailed to via first class mail, postage pre-paid, to the following:

> Matthew B. McGuire
> Landis Rath & Cobb LLP
> P.O. Box 2087
> 919 Market Street, Suite 1800
> Wilmington, DE 19899

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor P.O. Box 8705
Wilmington, DE 19899-8705

Heath D. Rosenblat
Morrison Cohen LLP
Joseph T. Moldovan
Jason P. Gottlieb
909 Third Avenue, 27th Floor
New York, New York 10022

Darrell M. Daley
Samantha Neal
The Daley Law Firm
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301

The Responses were also emailed to the following e-mail addresses:

- Heath D. Rosenblat, hrosenblat@morrisoncohen.com;

- Mix, Michael, mmix@morrisoncohen.com;

- Adam G. Landis, landis@lrclaw.com;

- Matthew B. McGuire, mcguire@lrclaw.com;

- Kimberly A. Brown, brown@lrclaw.com;

- Matthew R. Pierce, pierce@lrclaw.com;

- Darrell Daley, darrell@daleylawyers.com;

- Joseph T. Moldovan, jmoldovan@morrisoncohen.com;

- Jason Gottlieb, jgottlieb@morrisoncohen.com;

- Samantha Neal, samantha@daleylawyers.com;

- Laura Davis Jones, ljones@pszjlaw.com;

- Peter J. Keane, pkeane@pszjlaw.com;

- Jared H. Rosenfeld, rosenfeldj@sullcrom.com;

- Jessica H. Goldman, goldmanj@sullcrom.com;

- Aneesa Mazumdar, mazumdara@sullcrom.com;

- Saskia E.L. De Vries, devriess@sullcrom.com;

- Samantha M. Mazzarelli, mazzarellis@sullcrom.com;

- Stephen Ehrenberg, EhrenbergS@sullcrom.com

Dated: November 27, 2023
                   /s/ Gregory L. Arbogast
Lawrence J. Gebhardt (*pro hac vice*)
Gregory L. Arbogast (Bar No. 6255)
GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-5028 – phone
443-957-1916 – fax
garbogast@gebsmith.com
*Attorneys for Defendant, Brandon Williams*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of November, 2023, copies of the Notice of Service of Discovery were electronically filed with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

                                                                  */s/ Gregory L. Arbogast*
                                                                  Gregory L. Arbogast