# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., *et al.*, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, *et al.*, | |
| Defendants. | |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

PLEASE TAKE NOTICE that on November 28, 2023, true and accurate copies of the First Set of Interrogatories to Plaintiff, FTX Trading Ltd., the First Request For Production Of Documents To Plaintiff, FTX Trading Ltd., and the First Set of Request for Admissions To Plaintiff, FTX Trading Ltd., filed by Defendant, Brandon Williams, were sent via first class mail, postage prepaid, to the following:

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor P.O. Box 8705
Wilmington, DE 19899-8705

Heath D. Rosenblat
Morrison Cohen LLP
Joseph T. Moldovan
Jason P. Gottlieb
909 Third Avenue, 27th Floor
New York, New York 10022

Darrell M. Daley
Samantha Neal
The Daley Law Firm
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301

/s/ Gregory L. Arbogast
Gregory L. Arbogast (Bar No. 6255)
GEBHARDT & SMITH LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-5028 – phone
443-957-1916 – fax
garbogast@gebsmith.com
*Attorneys for Defendant, Brandon Williams*

## Certificate of Service

I HEREBY CERTIFY that on this 28th day of November, 2023, I caused the foregoing Notice of Service of Discovery Materials to be served electronically and sent via first class mail, postage prepaid, to:

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor P.O. Box 8705
Wilmington, DE 19899-8705

Heath D. Rosenblat
Morrison Cohen LLP
Joseph T. Moldovan
Jason P. Gottlieb
909 Third Avenue, 27th Floor
New York, New York 10022

Darrell M. Daley
Samantha Neal
The Daley Law Firm
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301

*/s/ Gregory L. Arbogast*
Gregory L. Arbogast (Bar No. 6255)