## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD. AND MACLAURIN INVESTMENTS LTD., Plaintiffs, | |
| -against- | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS, Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**CERTIFICATION OF COUNSEL REGARDING *PROPOSED* ORDER PERMITTING INTERVENTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The undersigned counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee") hereby certifies as follows:

On July 12, 2023, FTX Trading Ltd. and Maclaurin Investments Ltd. (collectively, the "Plaintiffs") commenced the above-captioned adversary proceeding (the "Adversary Proceeding"), against Patrick Gruhn, Robin Matzke, Brandon Williams, and Lorem Ipsum UG (collectively, the "Defendants").

Subsequent to the commencement of the Adversary Proceeding, the Committee

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

recently initiated discussions with the Plaintiffs and the Defendants regarding the Committee's participation in the Adversary Proceeding as a party. The Committee informed the Plaintiffs and the Defendants that the Committee intended to move to intervene in the Adversary Proceeding. The Committee, the Plaintiffs and the Defendants (collectively, the "Parties") have engaged in discussions regarding such intervention. In the interest of efficiency and judicial economy, the other Parties have agreed to permit the Committee to intervene in the Adversary Proceeding, without the need to file a formal motion to intervene, pursuant to the terms of the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order").

As the Parties have consented to the Court's entry of the Proposed Order, the Committee respectfully requests that the Court enter the Proposed Order without further notice or a hearing at the Court's earliest convenience.

***Remainder of page intentionally left blank***

Dated: November 30, 2023          YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

/s/ Robert F. Poppiti, Jr.
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
        rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
        kenpasquale@paulhastings.com
        isaacsasson@paulhastings.com
        jackiaffaldano@paulhastings.com

 * Admitted pro hac vice

Counsel to the Official Committee
of Unsecured Creditors

3

**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD. AND MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS, | Adv. Pro. No. 23-50437 (JTD) |
| Defendants. | |

## ORDER PERMITTING INTERVENTION
## BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the request of the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.* (the "Committee") for entry of an order (this "Order"), pursuant to section 1109(b) of title 11 of the United States Code and Rule 24 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7024 of the Federal Rules of Bankruptcy Procedure, permitting the Committee to intervene as a plaintiff in the Adversary Proceeding; and all current parties to the Adversary Proceeding having

---

[1]    The last four digits of Alameda Research LLC's tax identification number is 4063.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

consented to the Committee's intervention in the Adversary Proceeding on the terms set forth in

this Order; and it appearing the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334; and the Court having determined that the relief requested is appropriate and that no

other or further notice of the relief provided for herein is necessary under the circumstances;

IT IS HEREBY ORDERED THAT:

1.      The Committee is permitted to intervene as a plaintiff in the Adversary Proceeding,

and shall be deemed to have so intervened and to have adopted the Complaint, dated July 12, 2023

[Adv. P. No. 1], as if separately filed and served upon Defendants by the Committee.

2.      Defendant, Brandon Williams, shall be deemed to have responded to the

Committee's adopted Complaint by Motion to Dismiss or for Summary Judgment [Adv. P. Nos.

23, 24, 25 & 34].  Defendants Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke shall be deemed

to have responded to the Committee's adopted Complaint by Motion to Dismiss [Adv. P. Nos. 31-

33].

3.      On entry of this Order, the Committee is deemed a party to and subject to the terms

of the Case Management Plan and Scheduling Order, dated August 23, 2023 [Adv. P. No. 9], and

shall coordinate with the other Plaintiffs to avoid duplication of efforts in connection with the

Adversary Proceeding, including with respect to the service of discovery requests.

4.      This Order shall become effective immediately upon its entry.

5.      This Court shall retain jurisdiction over any and all matters arising from or related

to the implementation or interpretation of this Order, including with respect to the requirements of

paragraph 3.