**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. AND MACLAURIN INVESTMENTS LTD.,<br><br>        Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS,<br><br>        Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**ORDER PERMITTING INTERVENTION**
**BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the request of the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.* (the "Committee") for entry of an order (this "Order"), pursuant to section 1109(b) of title 11 of the United States Code and Rule 24 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7024 of the Federal Rules of Bankruptcy Procedure, permitting the Committee to intervene as a plaintiff in the Adversary Proceeding; and all current parties to the Adversary Proceeding having

---

[1] The last four digits of Alameda Research LLC's tax identification number is 4063.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

consented to the Committee's intervention in the Adversary Proceeding on the terms set forth in this Order; and it appearing the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that the relief requested is appropriate and that no other or further notice of the relief provided for herein is necessary under the circumstances;

IT IS HEREBY ORDERED THAT:

1. The Committee is permitted to intervene as a plaintiff in the Adversary Proceeding, and shall be deemed to have so intervened and to have adopted the Complaint, dated July 12, 2023 [Adv. P. No. 1], as if separately filed and served upon Defendants by the Committee.

2. Defendant, Brandon Williams, shall be deemed to have responded to the Committee's adopted Complaint by Motion to Dismiss or for Summary Judgment [Adv. P. Nos. 23, 24, 25 & 34]. Defendants Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke shall be deemed to have responded to the Committee's adopted Complaint by Motion to Dismiss [Adv. P. Nos. 31-33].

3. On entry of this Order, the Committee is deemed a party to and subject to the terms of the Case Management Plan and Scheduling Order, dated August 23, 2023 [Adv. P. No. 9], and shall coordinate with the other Plaintiffs to avoid duplication of efforts in connection with the Adversary Proceeding, including with respect to the service of discovery requests.

4. This Order shall become effective immediately upon its entry.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order, including with respect to the requirements of paragraph 3.

**Dated: November 30th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE