# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, <br><br> Defendants. | Adv. Pro. No. 23-50437 (JTD) <br><br><br> **Adv. Ref. Nos. 9, 35, 39 & 42** |

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

Upon consideration of the *Motion for Protective Order* [Adv. D.I. 35] (the "Motion") filed by Defendant Brandon Williams, the joinder thereto [Adv. D.I. 39] filed by Defendants Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke (collectively and together with Brandon Williams, "Defendants"), and the opposition thereto [Adv. D.I. 42] filed by Plaintiffs FTX Trading Ltd. and Maclaurin Investments Ltd. ("Plaintiffs" and together with Defendants, the "Parties"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having held a hearing

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073397.2}

on the Motion on November 15, 2023 (the "Hearing"); and the Court having issued its ruling on the Motion at the Hearing,

IT IS HEREBY ORDERED that:

1. The Motion is DENIED; and

2. Plaintiffs' request for an award of fees and costs in responding to the Motion is DENIED.

Dated: _____
       Wilmington, Delaware

THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE