# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 1, 2023, true and correct copies of the *Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production*, *Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission* and *Plaintiffs' Responses and Objections to Defendant Lorem Ipsum UG's First Set of Interrogatories* were caused to be served upon the following counsel via Electronic Mail and/or First-Class Mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073537.}

<div style="display: flex;">
<div>

*<u>Via E-Mail and First-Class Mail</u>*
Laura Davis Jones
Peter J. Keane
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Email: ljones@pszjlaw.com
pkeane@pszjlaw.com

*<u>Via E-Mail</u>*
Joseph T. Moldovan
Heath D. Rosenblat
Jason P. Gottlieb
Michael Mix
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Email: jmoldovan@morrisoncohen.com
hrosenblat@morrisoncohen.com
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com

Dated: December 4, 2023
Wilmington, Delaware

</div>
<div>

*<u>Via E-Mail</u>*
Darrell Daley
Samantha Neal
**THE DALEY LAW FIRM LLC**
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301
Email: Darrell@daleylawyers.com
Samantha@daleylawyers.com

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

</div>
</div>