## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN<br>INVESTMENTS LTD.,<br>                    Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN,<br>ROBIN MATZKE, and BRANDON<br>WILLIAMS,<br><br>                    Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 4, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served First Class Mail and Email on the Defendants Counsel Service List attached hereto as **Exhibit A**:

- Order Denying Motion for Protective Order [Docket No. 54]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 8, 2023

/s/ Amy Castillo
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 8, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 74956

**<u>Exhibit A</u>**

Exhibit A
Defendant Counsel Service List
Served via First Class Mail and Email

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAILS |
|---|---|---|---|---|---|---|---|---|
| 0001 | GEBHARDT & SMITH LLP | ATTN: LAWRENCE J. GEBHARDT | ONE SOUTH STREET | SUITE 2200 | BALTIMORE | MD | 21202 | LGEBH@GEBSMITH.COM |
| 0002 | GEBHARDT & SMITH LLP | ATTN: GREGORY L. ARBOGAST | 1000 N. WEST STREET | SUITE 1200 | WILMINGTON | DE | 19801 | GARBOGAST@GEBSMITH.COM |
| 0003 | MORRISON COHEN LLP | ATTN: HEATH D. ROSENBLAT, JOSEPH T. MOLDOVAN, JASON P. GOTTLIEB, MICHAEL MIX | 909 THIRD AVENUE | 27TH FLOOR | NEW YORK | NY | 10022 | HROSENBLAT@MORRISONCOHEN.COM; JMOLDOVAN@MORRISONCOHEN.COM; JGOTTLIEB@MORRISONCOHEN.COM; MMIX@MORRISONCOHEN.COM; BANKRUPTCY@MORRISONCOHEN.COM |
| 0004 | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J KEANE | 919 N. MARKET STREET, 17TH FLOOR | P.O. BOX 8705 | WILMINGTON | DE | 19899-8705 | LJONES@PSZJLAW.COM; PKEANE@PSZJLAW.COM |
| 0005 | THE DALEY LAW FIRM | ATTN: DARRELL M. DALEY, SAMANTHA NEAL | 4845 PEARL EAST CIRCLE | SUITE 101 | BOULDER | CO | 80301 | DARRELL@DALEYLAWYERS.COM; SAMANTHA@DALEYLAWYERS.COM |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)