# **Exhibit A**

{1368.002-W0073491.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors.<br><br>FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 23-50437 (JTD) |

**ORDER GRANTING MOTION OF PLAINTIFFS TO EXCEED PAGE LIMIT WITH RESPECT TO PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG'S MOTION TO DISMISS AND DEFENDANT BRANDON WILLIAMS'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Upon the *Motion of Plaintiffs to Exceed Page Limit with Respect to with Respect to Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG's Motion to Dismiss and Defendant Brandon Williams's Motion to Dismiss or for Summary Judgment* (the "Motion"); and for good cause appearing,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073509.}

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Plaintiffs are permitted to file the Memorandum in Opposition to the Motions to Dismiss up to 52 pages.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
       Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE