## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>               Plaintiffs,<br><br>       -against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>               Defendants. | Adv. Pro. No. 23-50437 (JTD) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via first class mail and email on the Defendants Counsel Service List attached hereto as **Exhibit A** and (2) by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**:

- Confidentiality Agreement and Stipulated Protective Order [Docket No. 56]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 18, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 18, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 75203

<u>**Exhibit A**</u>

Exhibit A

Defendant Counsel Service List

Served via First Class Mail and Email

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAILS |
|---|---|---|---|---|---|---|---|---|
| 0001 | GEBHARDT & SMITH LLP | ATTN: LAWRENCE J. GEBHARDT | ONE SOUTH STREET | SUITE 2200 | BALTIMORE | MD | 21202 | LGEBH@GEBSMITH.COM |
| 0002 | GEBHARDT & SMITH LLP | ATTN: GREGORY L. ARBOGAST | 1000 N. WEST STREET | SUITE 1200 | WILMINGTON | DE | 19801 | GARBOGAST@GEBSMITH.COM |
| 0003 | MORRISON COHEN LLP | ATTN: HEATH D. ROSENBLAT, JOSEPH T. MOLDOVAN, JASON P. GOTTLIEB, MICHAEL MIX | 909 THIRD AVENUE | 27TH FLOOR | NEW YORK | NY | 10022 | HROSENBLAT@MORRISONCOHEN.COM; JMOLDOVAN@MORRISONCOHEN.COM; JGOTTLIEB@MORRISONCOHEN.COM; MMIX@MORRISONCOHEN.COM; BANKRUPTCY@MORRISONCOHEN.COM |
| 0004 | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J KEANE | 919 N. MARKET STREET, 17TH FLOOR | P.O. BOX 8705 | WILMINGTON | DE | 19899-8705 | LJONES@PSZJLAW.COM; PKEANE@PSZJLAW.COM |
| 0005 | THE DALEY LAW FIRM | ATTN: DARRELL M. DALEY, SAMANTHA NEAL | 4845 PEARL EAST CIRCLE | SUITE 101 | BOULDER | CO | 80301 | DARRELL@DALEYLAWYERS.COM; SAMANTHA@DALEYLAWYERS.COM |

**<u>Exhibit B</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN | 919 MARKET STREET | SUITE 1800 | WILMINGTON | DE | 19801 | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM | EMAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | 844 KING STREET, ROOM 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV | EMAIL |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM | FIRST CLASS MAIL AND EMAIL |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | 125 BROAD STREET | | NEW YORK | NY | 10004 | KRANZLEYA@SULLCROM.COM | EMAIL |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MLUNN@YCST.COM; RPOPPITI@YCST.COM | FIRST CLASS MAIL AND EMAIL |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1