IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>    Plaintiffs,<br><br>-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>    Defendants. | Adv. Pro. No. 23-50437 (JTD)<br><br>**Adv. Ref. Nos. 1, 9, 23, 31, 32, 34, 51, 58, 63 & 68** |

## CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On July 12, 2023, FTX Trading Ltd. and Maclaurin Investments Ltd. (collectively, "Plaintiffs") commenced the above-captioned adversary proceeding (the "Adversary Proceeding"), pending in the United States Bankruptcy Court for the District of Delaware (the "Court"), by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 547, 548, and 550, Breach of Fiduciary Duty Pursuant to Antiguan*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074233.}

*Common Law and the Antigua International Business Corporations Act, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502(D)* [Adv. D.I. 1].

2. On August 22, 2023, Plaintiffs and Defendants Lorem Ipsum UG, Patrick Gruhn, Robin Matzke, (collectively, the "LI Defendants"), and Brandon Williams ("Defendant Williams" and together with the LI Defendants, "Defendants") submitted a proposed case management plan and scheduling order [Adv. D.I. 8] setting forth a schedule for the Adversary Proceeding, which the Court entered on August 23, 2023 [Adv. D.I. 9] (the "Scheduling Order").

3. On October 25, 2023, Defendant Williams filed the *Motion to Dismiss or for Summary Judgment* [Adv. D.I. 23].

4. On October 27, 2023, the LI Defendants filed the *Motion to Dismiss Complaint by Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG* and brief in support thereof [Adv. D.I. 31 & 32].

5. On November 3, 2023, Defendant Williams filed the *Motion to Dismiss for Lack of Subject Matter Jurisdiction* [Adv. D.I. 34].

6. On November 30, 2023, the Court entered an order [Adv. D.I. 51] permitting intervention by the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee," together with Plaintiffs and Defendants, the "Parties").

7. On December 15, 2023, the Plaintiffs filed the *Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG's Motion to Dismiss and Defendant Brandon Williams's Motion to Dismiss or for Summary Judgment* [Adv. D.I. 58]. The Committee also filed *Plaintiff-Intervenor the Official Committee of Unsecured Creditors' Joinder to Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants*

*Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG's Motion to Dismiss and Defendant Brandon Williams's Motion to Dismiss or for Summary Judgment* [Adv. D.I. 63].

8. On January 3, 2024, the Court entered the *Amended Case Management Plan and Scheduling Order* [Adv. D.I. 68], amending the Scheduling Order (the "Amended Scheduling Order").

9. The Parties have reached an agreement in principle resolving this Adversary Proceeding and are actively working to document such resolution. The Parties have conferred and agree to stay and hold in abeyance all deadlines in the Adversary Proceeding, including those set forth in the Amended Scheduling Order. The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is annexed hereto as **Exhibit 1** (the "Order").

10. Accordingly, the Parties respectfully request that the Court enter the Order at its earliest convenience.

| | |
|---|---|
| Dated: January 31, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Steven L. Holley (admitted *pro hac vice*)<br>Stephen Ehrenberg (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY  10004<br>Telephone: (212) 558-4000<br>E-mail: holleys@sullcrom.com<br>         ehrenbergs@sullcrom.com<br>         glueckstein@sullcrom.com<br>         dunnec@sullcrom.com<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |